# INDEX OF EXHIBITS

| *EXHIBIT* | *DESCRIPTION* |
|---|---|
| Exhibit 1 | *Determination and Use of Vehicle Road-Load Force and Dynamometer Settings-USEPA* |
| Exhibit 2 | Natasha Singer, *Ford is Investigating Emissions and Fuel Efficiency Data*, The New York Times |
| Exhibit 3 | *2019 Ford Ranger Most Fuel-Efficient in its Class, Because Of Course It Is*, The Newswheel |
| Exhibit 4 | *Adventure Further: All-New Ford Ranger Rated Most Fuel-Efficient Gas-Powered Midsize Pickup in America*, Ford Media Center |
| Exhibit 5 | Andrew Smirnov, *Real-world 2019 Ford Ranger Fuel Economy: Here Is the Unexpected Result after a 1,000 Mile Road Trip* (Video) (To be filed in traditional manner) |
| Exhibit 6 | Video of the testing located at https://youtu.be/W6iLtygCC7Y, (To be filed in traditional manner) |
| Exhibit 7 | *Data on Cars used for Testing Fuel Economy*, United States Environmental Protection Agency |
| Exhibit 8 | E.J. Schultz, *Ford Takes Targeted Marketing Approach for Ranger Comeback*, AdAge |
| Exhibit 9 | Joey Capparella, *The 2019 Ford Ranger Pickup Gets Slightly Better MPG Ratings Than the Honda Ridgeline*, Car and Driver |
| Exhibit 10 | Ford's March 31, 2019 Quarterly Report to the SEC |
| Exhibit 11 | Tiffany Hsu, *Ford Says Justice Dept. Has Opened Criminal Inquiry Into Emissions Issues*, The New York Times |
| Exhibit 12 | Ryan Beene, *VW Emissions 'Defeat Device' Isn't the First*, AutoWeek |
| Exhibit 13 | 2019 Ford Ranger brochure |
| Exhibit 14 | Stephen Elmer, *EPA Says the New Ford Ranger Gets 24 MPG on the Highway, But What Does It Really Get at 70 MPH?* |
| Exhibit 15 | Google and related search for F-150 fuel economy |
| Exhibit 16 | *8 Best Ranked MPG Trucks of 2019: Ranked* |
| Exhibit 17 | *Ford Surpasses 1 Million Truck Sales in 2018*, Ford Media Center |
| Exhibit 18 | Monroney sticker for 2018 F-150 2.7 V6 |

| Exhibit 19 | Andrew Krok, *2018 Ford F-150 touts best-in-class towing, payload, fuel economy*, Road Show |
|---|---|
| Exhibit 20 | 2018 Ford F-150 brochure |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |