# Exhibit 4

Adventure Further: All-New Ford Ranger Rated Most Fuel-Efficient Gas-Powered Midsize Pickup in America | ... Page 1 of 2

Case 2:19-cv-02491-SFC ECF No. 64-5, PageID.1794 Filed 01/27/20 Page 2 of 3

**Ford Media Center**

# ADVENTURE FURTHER: ALL-NEW FORD RANGER RATED MOST FUEL-EFFICIENT GAS-POWERED MIDSIZE PICKUP IN AMERICA

Dec 11, 2018 | DEARBORN, Mich.



- With EPA-estimated fuel economy ratings of 21 mpg city, 26 mpg highway and 23 mpg combined, 2019 Ford Ranger is the most fuel-efficient gas-powered midsize pickup in America
- All-new Ranger's proven 2.3-liter EcoBoost® gasoline engine beats the V6 gasoline engines from its midsize truck competitors to deliver best-in-class 310 lb.-ft. of torque and best-in-class towing capacity
- Ranger is the no-compromise choice for power, technology, capability and efficiency whether the path is on road or off

**DEARBORN, Mich., Dec. 11, 2018** – The adventure-ready 2019 Ford Ranger is the most fuel-efficient gas-powered midsize pickup in America – providing a superior EPA-estimated city fuel economy rating and an unsurpassed EPA-estimated combined fuel economy rating versus the competition. The all-new Ranger has earned EPA-estimated fuel economy ratings of 21 mpg city, 26 mpg highway and 23 mpg combined for 4x2 trucks.

When configured as a 4x4, Ranger returns EPA-estimated fuel economy ratings of 20 mpg city, 24 mpg highway and 22 mpg combined. This is the best-in-class EPA-estimated city fuel economy rating of any gasoline-powered four-wheel-drive midsize pickup and it is an unsurpassed EPA-estimated combined fuel economy rating.

Case 2:19-md-02901-SFC    ECF No. 64-5, PageID.1795    Filed 01/27/20    Page 3 of 3

group marketing manager. "And Ranger will deliver with durability, capability and fuel efficiency, while also providing in-city maneuverability and the freedom desired by many midsize pickup truck buyers to go off the grid."

Along with 270 horsepower, Ranger's standard 2.3-liter EcoBoost® engine produces 310 lb.-ft. of torque, delivering the most torque of any gas engine in the midsize pickup segment. Paired with a class-exclusive 10-speed transmission, Ranger boasts a unique combination of efficiency, power and capability that only comes from Ford.

Ranger is designed and engineered to serve the needs of North America with innovative technology like its available class-exclusive Blind Spot Information System with trailer coverage, all-new Terrain Management System™ with Trail Control™ and standard FordPass Connect™ with a 4G LTE Wi-Fi hotspot supporting up to 10 devices.

Built Ford Tough is engineered into every Ranger. When properly equipped, this shines through in the truck's best-in-class 7,500 pounds of gas towing capacity with available tow package and best-in-class 1,860 pounds of maximum payload to handle all your gear.

Ranger production is underway at Michigan Assembly Plant. The truck arrives at dealers nationwide starting in January.

## About Ford Motor Company

Ford Motor Company is a global company based in Dearborn, Michigan. The company designs, manufactures, markets and services a full line of Ford cars, trucks, SUVs, electrified vehicles and Lincoln luxury vehicles, provides financial services through Ford Motor Credit Company and is pursuing leadership positions in electrification, autonomous vehicles and mobility solutions. Ford employs approximately 196,000 people worldwide. For more information regarding Ford, its products and Ford Motor Credit Company, please visit www.corporate.ford.com.