# Exhibit 10

10-Q 1 f0331201910-q.htm 10-Q

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549**

**FORM 10-Q**

(Mark One)

☑    Quarterly report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**For the quarterly period ended March 31, 2019**

or

☐    Transition report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

**Commission file number 1-3950**

# Ford Motor Company
*(Exact name of Registrant as specified in its charter)*

| **Delaware** | **38-0549190** |
|---|---|
| *(State of incorporation)* | *(I.R.S. Employer Identification No.)* |
| **One American Road, Dearborn, Michigan** | **48126** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**313-322-3000**
*(Registrant's telephone number, including area code)*

   Indicate by check mark if the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑   No ☐

   Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☑   No ☐

   Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company.  See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.   Large accelerated filer ☑    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐    Emerging growth company ☐

   If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

   Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☑

   As of April 19, 2019, Ford had outstanding 3,918,693,825 shares of Common Stock and 70,852,076 shares of Class B Stock.

Exhibit Index begins on page

[70](#)

Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)

*Selected Balance Sheet Information.* The following tables provide supplemental balance sheet information (in millions):

| | March 31, 2019 | | | |
|---|---|---|---|---|
| **Assets** | Company excluding Ford Credit | Ford Credit | Eliminations | Consolidated |
| Cash and cash equivalents | $ 9,115 | $ 11,733 | $ — | $ 20,848 |
| Marketable securities | 15,036 | 1,846 | — | 16,882 |
| Ford Credit finance receivables, net | — | 55,444 | — | 55,444 |
| Trade and other receivables, less allowances | 3,837 | 8,179 | — | 12,016 |
| Inventories | 12,333 | — | — | 12,333 |
| Other assets | 2,499 | 1,173 | — | 3,672 |
| Receivable from other segments | 94 | 1,944 | (2,038) | — |
| Total current assets | 42,914 | 80,319 | (2,038) | 121,195 |
| Ford Credit finance receivables, net | — | 54,332 | — | 54,332 |
| Net investment in operating leases | 1,656 | 27,573 | — | 29,229 |
| Net property | 35,945 | 200 | — | 36,145 |
| Equity in net assets of affiliated companies | 2,487 | 118 | — | 2,605 |
| Deferred income taxes | 12,233 | 200 | (2,117) | 10,316 |
| Other assets | 7,822 | 1,637 | — | 9,459 |
| Receivable from other segments | 5 | 30 | (35) | — |
| Total assets | $ 103,062 | $ 164,409 | $ (4,190) | $ 263,281 |
| **Liabilities** | Company excluding Ford Credit | Ford Credit | Eliminations | Consolidated |
| Payables | $ 22,197 | $ 1,128 | $ — | $ 23,325 |
| Other liabilities and deferred revenue | 19,782 | 1,582 | — | 21,364 |
| Automotive debt payable within one year | 2,523 | — | — | 2,523 |
| Ford Credit debt payable within one year | — | 51,895 | — | 51,895 |
| Other debt payable within one year | 130 | — | — | 130 |
| Payable to other segments | 2,038 | — | (2,038) | — |
| Total current liabilities | 46,670 | 54,605 | (2,038) | 99,237 |
| Other liabilities and deferred revenue | 23,069 | 1,147 | — | 24,216 |
| Automotive long-term debt | 11,087 | — | — | 11,087 |
| Ford Credit long-term debt | — | 91,055 | — | 91,055 |
| Other long-term debt | 470 | — | — | 470 |
| Deferred income taxes | 84 | 2,680 | (2,117) | 647 |
| Payable to other segments | 35 | — | (35) | — |
| Total liabilities | $ 81,415 | $ 149,487 | $ (4,190) | $ 226,712 |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

FORD MOTOR COMPANY

By: /s/ Cathy O'Callaghan
Cathy O'Callaghan, Vice President and Controller
(principal accounting officer)

Date: April 25, 2019

71