# Exhibit 13

**ALL-NEW**

2019

# RANGER

XL | XLT | LARIAT

Accessible Ranger Brochure PDF





## THE ALL-NEW 2019 FORD RANGER

# FREEDOM TO RECHARGE

This is about way more than a pickup truck. It's about you.
Exercising your freedom. Getting out there.
Finding more places to breathe. Deeply. And recharging yourself.
With the kinds of challenging – and rewarding – activities you call fun.
You've got the spirit and determination.
Now, it's time to get the gear: the all-new 2019 Ranger.

2019 Ranger | ford.com

**LARIAT SuperCrew® 4x4. Hot Pepper Red. FX4 Off-Road and Sport Packages. Available equipment.** Vehicles throughout this brochure may be shown with available and aftermarket equipment.



## TOUGH

It takes serious grit to live life on your terms. So we made sure Ranger has it. In spades. From the sturdy backbone established by its fully boxed high-strength-steel frame, to the durable steel front and rear bumpers mounted directly to that frame, and all the rugged parts in between, Ranger epitomizes the rigorous standards of Built Ford Tough.®

## ADVENTUROUS

Ranger has a best-in-class[1] max. payload capacity of 1,860 lbs.[2] It also has a best-in-class gas engine max. towing capability of 7,500 lbs.[3] and 310 lb.-ft. of torque. Plus, you can add the FX4 Off-Road Package to increase its trail-worthiness with a 47.6:1 crawl ratio, Terrain Management System,™ Trail Control,™ an electronic-locking rear axle and more. It's time to grab your gear and leave the grid behind.

## INNOVATIVE

FordPass Connect™[4] works with the FordPass™[4] smartphone app to let you control Ranger remotely. You also get Ford Co-Pilot360™ Technology features like Pre-Collision Assist with Automatic Emergency Braking and Pedestrian Detection standard on every Ranger. Plus, it's the most fuel-efficient gas-powered midsize pickup in America.[5]













**2019 Ranger** | ford.com

[1]Class is Midsize Pickups based on Ford segmentation. [2]SuperCab 4x2, not shown. [3]When properly equipped. [4]Certain restrictions, 3rd-party terms, or message and data rates may apply. See footnotes 4 and 5 on the Standard Features page of Specifications, and your Ford Dealer for details. [5]EPA-estimated ratings: 21 mpg city/26 mpg hwy/23 mpg combined, 2.3L engine, 4x2. 20 mpg city/24 mpg hwy/22 mpg combined, 2.3L engine, 4x4. Actual mileage will vary.



# TOUGHNESS RUNS DEEP IN ITS DNA

Backed by over 100 years of Ford Truck engineering expertise, there's no doubt the all-new Ranger meets the legendary standards of Built Ford Tough.® We know you won't settle for anything less.

To get there, we built Ranger with body-on-frame construction including a fully boxed, high-strength-steel frame. We mounted the steel front and rear bumpers to that frame for outstanding durability.

We also gave Ranger a double-wishbone front suspension with rugged coil springs, monotube shocks and forged-aluminum knuckles to help optimize ride and handling. Rear parabolic leaf springs were chosen for their ability to provide the right mix of ride quality, durability and capability.

The all-new 2019 Ranger was developed specifically for North American truck buyers. So you can rest assured, it's got all the toughness it takes to get to your adventures.



## STEEL FRONT BUMPER

The real deal. Not some flimsy fascia. Ranger starts with a steel front bumper, mounted to its fully boxed frame for strength and durability.

## FRONT TOW HOOKS

Prominently placed. Easy to use. Because if you need them, you need them now. Ranger 4x4s and XLT/LARIAT 4x2s all come with 2 big tow hooks. Right up front. Where they belong.

## STEEL SKID PLATES

Mounted directly to the frame — so they can take the hit. Not your radiator, transfer case or steering gear. Get these skid plates, a steel bash plate and more in the FX4 Off-Road Package.

## FULLY BOXED FRAME

The backbone of every Ranger is a fully boxed, high-strength-steel frame with 6 rugged crossmembers. It works together with the steel front bumper and a frame-mounted rear tow bar to provide a solid foundation for your on- and off-road exploits.

2019 Ranger | ford.com

XL SuperCab 4x4. Ingot Silver. FX4 Off-Road and STX Packages. Available equipment.





# TURBO
## CHARGED STANDOUT

**2.3L ECOBOOST**

**CLASS-EXCLUSIVE 10-SPEED AUTOMATIC TRANSMISSION**

Ranger is the only truck in the Midsize Pickup class to offer an advanced turbocharged gas engine. As one of the most versatile, powerful and efficient gas powertrains in its class, the 2.3L EcoBoost® paired with its 10-speed partner is the only powertrain Ranger needs. The engine's 16-valve design features chain-driven dual overhead cams, a twin-scroll turbocharger, a forged-steel crankshaft and connecting rods, cast-aluminum pistons, and an overboost function that lifts output on every gear change. It's designed to play hard *and* smart. Because that's a surefire path to a whole lotta fun.

**POWERFUL**

Class-leading 310 lb.-ft. of gas torque gives Ranger serious get-up-and-go — besting even the V6 engines in its class. You also get 270 horsepower. More than enough to take you and your stuff to the top of that mountain — and beyond.

**270 HORSEPOWER**

**BEST-IN-CLASS GAS 310 LB.-FT. OF TORQUE**

**STRONG**

Ranger comes with a standard 3,500-lb. towing capacity, Trailer Sway Control and more. The Trailer Tow Package gives you best-in-class gas max. towing of 7,500 lbs.[1] So it's easy to bring your gear out to play, too.

**BEST-IN-CLASS 1,860 LBS. MAX. PAYLOAD**[1]

**BEST-IN-CLASS GAS 7,500 LBS. MAX. TOWING**[1]

**EFFICIENT**

In fact, Ranger is the most fuel-efficient gas-powered midsize pickup in America.[2] Class-exclusive Auto Start-Stop Technology helps it get exceptional mpg ratings. And a driving range of up to 414 miles per tank[3] helps you get way out into the wilderness.

EPA-estimated ratings[2]

**BEST-IN-CLASS 21 MPG CITY**

**UNSURPASSED GAS 26 MPG HWY**

**UNSURPASSED 23 MPG COMBINED**

**XLT SuperCrew® 4x4. Lightning Blue. FX4 Off-Road, Chrome, and Trailer Tow Packages. Available and aftermarket equipment.** [1]Max. payload of 1,860 lbs. on SuperCab 4x2, not shown. Max. towing of 7,500 lbs. when properly equipped. See Weight Ratings chart on the Standard Features page for maximum ratings by configuration. [2]EPA-estimated ratings: 21 mpg city/26 mpg hwy/23 mpg combined, 2.3L engine, 4x2. 20 mpg city/24 mpg hwy/22 mpg combined, 2.3L engine, 4x4. Actual mileage will vary. [3]18-gallon fuel tank, 4x2. Range calculation based on www.fueleconomy.gov. Actual mileage will vary.



BUILT TOUGH





**RUGGED STEEL BASH PLATE¹**

A 16-gauge high-strength-steel bash plate helps protect your radiator and other key vehicle components from damage caused by rock strikes, road debris and more.

# FX4
## OFF-ROAD
## PACKAGE

Head to where the rubber leaves the road. And keep on going. The FX4 Off-Road Package gives Ranger all the hardware and technology you need to get way out. Tough enough to tackle trails in all weather, Ranger FX4 makes its presence known with a prominent steel bash plate up front, and grip-enhancing all-terrain tires at all 4 corners. For even more bite, fit yours with the LT-rated tires.¹ The Terrain Management System™ is combined with the Trail Control™ feature, an off-road tuned suspension, an electronic-locking rear differential, 3 skid plates, and an off-road display in the instrument cluster screen to help increase your off-road confidence. The all-new Ranger FX4 is ready for all your adventures.

**28.7°**
APPROACH ANGLE²

**25.4°**
DEPARTURE ANGLE²

**21.5°**
BREAKOVER ANGLE²






In low-traction situations, engaging the electronic-locking rear differential¹ can send a 100% torque split to either rear wheel. It's designed for use at speeds below 20 mph in most Terrain Management System modes. When in Sand mode, it can operate at speeds below 45 mph.



**LARIAT SuperCrew® 4x4. White Platinum. FX4 Off-Road and Chrome Packages. Available equipment.** ¹Available feature. ²4x4 models.





# FX4
## OFF-ROAD PACKAGE

## TRAIL CONTROL

Designed for low-traction, off-road conditions, Trail Control™[1,2] acts as a low-speed cruise control, maintaining your selected speed from 1 to 20 mph. It manages acceleration and braking – sending power and braking to each individual wheel as needed – so you can keep your focus on steering while going uphill, downhill, or over rugged terrain. Trail Control can be engaged while Ranger is in 2H, 4H or 4L, and in combination with any of the 4 Terrain Management System™ modes, to help provide maximum traction when you venture beyond the pavement.

## GO THERE

4L
4H   TM
2H

## TERRAIN MANAGEMENT SYSTEM

Ranger features the only Terrain Management System[1] in the class that works in both 4H and 4L, offering you seamless shift-on-the-fly confidence over all sorts of surfaces. Just tap the "TM" button to select any of the 4 modes. The system automatically calibrates engine responsiveness, transmission gearing, and vehicle control systems to provide the optimum traction, driveability and performance.

**Normal** mode is ideal for everyday driving on wet or dry paved roads.

**Grass/Gravel/Snow** mode lets the transmission deliver earlier upshifts and less aggressive engine torque distribution, limiting wheelslip to help improve traction on tricky terrain.

**Mud/Ruts** mode allows powertrain torque to be a bit more aggressive, limiting transmission upshifts and letting the wheels spin to get you through the thick stuff.

**Sand** mode uses more aggressive throttle progression and holds gears longer to help transfer optimized torque to the wheels. They can spin aggressively to maintain momentum and keep the fun going. All-season, all-terrain adventure awaits.

Try to avoid water higher than the bottom of the hubs and proceed slowly. Refer to your owner's manual for detailed information regarding driving through water.
[1] Available feature. [2] Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle.





## GEARED TOWARD GETTING YOU TO THE FUN

Great memories are made in the great outdoors. We get it. That's why you'll find Ranger offers all the controls and comforts you need to arrive at your destination on schedule – and ready for action. Voice-activated Navigation[1] features SiriusXM® Traffic and Travel Link®[1,2] services to help you avoid traffic, find fuel and so much more. The innovative 10-speed automatic transmission is engineered to help ensure Ranger uses the right gear at the right time, including skip-shift and direct downshift capabilities. In Sport mode, SelectShift® capability lets you toggle up or down on the side of the shifter to switch gears when you want. To get amped for the day's adventures, dial up your go-to SiriusXM[1,2] channel. The B&O Sound System by Bang & Olufsen™[1] pumps 675 watts of digitally processed sound through 10 high-performance speakers. Crank it up. And get gone.

| REMOTE START USING YOUR SMARTPHONE[3] | TILT/TELESCOPING STEERING COLUMN | REMOTE KEYLESS ENTRY WITH REMOTE TAILGATE LOCK | DUAL-ZONE ELECTRONIC AUTOMATIC TEMPERATURE CONTROL | INTELLIGENT ACCESS WITH PUSH-BUTTON START | TECHNOLOGY PACKAGE: ADAPTIVE CRUISE CONTROL AND VOICE-ACTIVATED NAVIGATION |
|---|---|---|---|---|---|
| ● XL, XLT, LARIAT | ● XL, XLT, LARIAT | ○ XL   ● XLT, LARIAT | ○ XLT   ● LARIAT | ● LARIAT | ○ XLT, LARIAT |

● STANDARD   ○ AVAILABLE

2019 Ranger | ford.com

**LARIAT SuperCrew® 4x4. Medium Stone leather-trimmed interior. Available equipment.** [1]Available feature. [2]Certain restrictions, 3rd-party terms and data rates may apply. See footnote 2 on the XLT Features pages, and your Ford Dealer for details. [3]Requires FordPass Connect™ and FordPass™ app activation. Message and data rates may apply.





## YOUR KIND OF CABIN

Roomy. Comfortable. With just the right mix of amenities. Ranger SuperCrew® cabs seat up to 5, offering you a 3-passenger rear bench seat with a fold-down center armrest and 2 cupholders, plus under-seat storage. Able to carry up to 4 people, SuperCab features 2-passenger rear seating with covered under-seat storage. For more cargo space, you can opt to delete the SuperCab rear seats, or remove them on your own as needed.

For easy startups in cold climates, there's an engine block heater,[1] a windshield wiper de-icer,[1] and a rear-window defroster.[1] Ranger is engineered to help you keep the adventure going — no matter the weather.

| LOCKABLE GLOVE BOX | 12V POWERPOINTS: 2 FRONT AND 1 REAR | 110V/150W AC POWER OUTLET | 2 SMART-CHARGING USB PORTS | MANUALLY SLIDING REAR WINDOW | AUTO-DIMMING REARVIEW MIRROR | 8-WAY POWER, HEATED FRONT SEATS | LEATHER-TRIMMED SEATING |
|---|---|---|---|---|---|---|---|
| ● XL, XLT, LARIAT | ● XL, XLT, LARIAT | ○ XL  ● XLT, LARIAT | ○ XLT  ● LARIAT | ● XL, XLT  ● LARIAT | ○ XLT  ● LARIAT | ○ XLT  ● LARIAT | ● LARIAT |

● STANDARD  ○ AVAILABLE

2019 Ranger | ford.com

LARIAT SuperCrew 4x4. Medium Stone leather-trimmed interior. Available equipment. [1]Available feature.





# THE RIGHT TRUCK

# FOR ALL KINDS OF ADVENTURE

2019 Ranger | ford.com

Top: **XL SuperCab 4x4. Ingot Silver. FX4 Off-Road and STX Packages. Available and aftermarket equipment.** Bottom: **XLT SuperCab 4x4. Saber. FX4 Off-Road and Sport Packages. Available equipment.**



Our world is increasingly distracted. A few seconds is all it takes ... to lose focus. According to the National Highway Traffic Safety Administration (NHTSA),[1] 94% of serious crashes are due to human error. To help you drive confidently so you can better enjoy your adventures, the all-new Ranger offers Ford Co-Pilot360™ Technology – a suite of standard and available driver-assist features that can start helping the moment you head out on the road.[2]

# READY WITH AN ASSIST

**Standard Pre-Collision Assist with Automatic Emergency Braking (AEB)** includes Pedestrian Detection and Forward Collision Warning with Brake Support.[2,3] It can automatically apply the brakes to help reduce the severity of, and in some cases potentially eliminate, a frontal collision with a vehicle traveling in the same direction, or a pedestrian detected ahead.

**Standard Rear View Camera**[2] displays a full-color image on the LCD screen in the center of your instrument panel to show you what's behind Ranger as you slowly back up.

**Standard Trailer Sway Control** can monitor the motions of the truck to detect trailer sway and selectively apply the brakes as needed to help you maintain control.[4]

**Rain-Sensing Windshield Wipers**[5] can be set to automatically help keep the view out of your windshield clear.

**Adaptive Cruise Control**[2,5] can help maintain your choice of speed and preset gaps from the vehicle in front of you.

**Forward and Reverse Sensing Systems**[2,5] can audibly alert you to objects detected near the vehicle at low speeds.



 **XLT SuperCrew® 4x4. Hot Pepper Red. Available equipment.** [1]Information about crash-avoidance technologies as part of the Government 5-Star Safety Ratings can be found at www.SaferCar.gov. [2]Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. [3]Pre-Collision Assist with AEB can detect pedestrians, but not in all conditions and does not replace safe driving. See owner's manual for system limitations. [4]Remember that even advanced technology cannot overcome the laws of physics. It's always possible to lose control of a vehicle due to inappropriate driver input for the conditions. [5]Available feature.





**Auto High-Beam Headlamps**[1] can help detect vehicle and street lights ahead of you, automatically switching between low and high beams as a convenience to you, and a courtesy to other motorists.

○ XL   ● XLT, LARIAT

**Class-exclusive BLIS®(Blind Spot Information System) with Trailer Coverage**[1] warns you if it detects a vehicle in either of your blind spots while driving forward. The range of BLIS can be programmed and extended to include a trailer. When not towing, Cross-Traffic Alert[1] can notify you of vehicles approaching from the sides while in Reverse.

○ XL   ● XLT, LARIAT

# Ford Co-Pilot360™

This advanced suite of driver-assist technologies is engineered to help keep your adventures on track.

Standard on XLT and LARIAT

**Pre-Collision Assist with Automatic Emergency Braking (AEB)** includes Pedestrian Detection and Forward Collision Warning with Brake Support.[1,2]

● XL, XLT, LARIAT

**Lane-Keeping System**[1,3] can apply steering wheel torque if it detects you drifting out of your lane. It can also use steering wheel vibrations to help alert you to return to your lane.

○ XL   ● XLT, LARIAT

**Rear View Camera**[1] includes Dynamic Hitch Assist that can help you align with your trailer.

● XL, XLT, LARIAT

● STANDARD   ○ AVAILABLE

2019 Ranger | ford.com

Left: **XLT SuperCab 4x4. Saber. FX4 Off-Road and Sport Packages. Available and aftermarket equipment.** Right: **LARIAT SuperCrew® 4x4. Magnetic. FX4 Off-Road and Chrome Packages. Available equipment.** [1]Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. [2]Pre-Collision Assist with AEB can detect pedestrians, but not in all conditions and does not replace safe driving. See owner's manual for system limitations. [3]Lane-Keeping System does not control steering.





# YOUR TECH, YOUR WAY

## COMMAND IT

**With your voice and your choice** of display. SYNC® 3 voice-activated technology[1,2] connects your tech with your Ranger, and puts you smartly in control with simple voice commands, or a quick tap or swipe of its 8" touchscreen. SYNC 3 AppLink®[2,3] (above) gives you voice control of compatible mobile apps, too. Rather see your phone's familiar interface on the big screen? Take your pick.

Apple CarPlay™ compatibility[2,4] for your iPhone®

Android Auto™ compatibility[2,4]

## CONTROL IT

**From nearly anywhere** you go. Home? Hiking? You can remotely lock, unlock and start your Ranger with the FordPass™ app[5] on your smartphone. Forget where you parked? Use the app to find your truck and check its approximate fuel range. Need gas? Find stations and compare prices. You can even find, reserve and pre-pay for parking in select locations. Questions? Contact expert Ford Guides via phone or live chat on your FordPass app. Apple Watch® user? You can start, lock and unlock your Ranger right from your wrist.[6]

## CONNECT IT

**With in-vehicle Wi-Fi** and entertainment for all. Before the mud dries on your boots, you and your road-trip companions can be posting adventure videos with the standard 4G LTE Wi-Fi hotspot.[5] Its powerful antenna provides a strong connection for up to 10 devices at once – tablets, laptops, gaming systems and more – inside the truck and up to 50 feet away.

**2019 Ranger** | ford.com

[1]Don't drive distracted. Use voice-operated systems when possible; don't use handheld devices while driving. Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. [2]Available feature. [3]Certain restrictions, 3rd-party terms and data rates may apply. See your Ford Dealer for details. Commands may vary by phone and AppLink software. [4]Requires phone with active data service and compatible software. SYNC does not control 3rd-party products while in use. 3rd parties are solely responsible for their respective functionality. [5]Certain restrictions, 3rd-party terms, or message and data rates may apply. See footnotes 4 and 5 on Standard Features page of Specifications, and your Ford Dealer for details. [6]Requires active data service and compatible software.





# GEAR UP
## FOR ADVENTURE

## RANGER IS ALL ABOUT FREEDOM

It's purpose-built to help you go where you want, when you want, and take all the right gear with you. Whether you pick the SuperCab with a 6' bed or the SuperCrew® with a 5' bed, you'll get plenty of cargo space and 6 in-bed tie-downs. Add a durable spray-in bedliner,[2] or the Bed Utility Package with a rugged drop-in bedliner and a 12V in-bed powerpoint, as a solid base for other genuine Ford Accessories. You can also select from 3 different styles of pickup box tonneau covers.[1,2,3]

**Your choice of 3 truck racks** by Yakima® provides the foundation for accessories designed to help you securely transport bikes, kayaks, SUPs and the like above the cargo bed, while stowing smaller gear such as helmets, paddles, backpacks and bivy sacks inside the bed. Choose from the Low-Profile Bed Rack or the Adjustable Bed Rack. Then, add a 2- or 3-person tent and other accessories by Yakima to turn your Ranger into a fully equipped launch pad for adventure.

**More gear by Yakima:** Awning • Small Basket, Medium Basket with Net, and Large Basket with Net • Hitch-Mounted Rack Extension • Cargo Box with Lock • Bike Carriers • Ski Carriers • Kayak, Paddleboard and Canoe Carriers • Tailgate Pads • Bed-Mounted Cleats

**Shop the complete collection at accessories.ford.com**

2019 Ranger | ford.com

XLT SuperCab 4x4. Saber. FX4 Off-Road and Sport Packages. Personalized with side window deflectors,[1] 18" black machined-face aluminum wheels, wheel lock kit, black step bars, molded splash guards, adjustable bed rack and kayak carriers,[1] and chrome exhaust tip by Ford Accessories. [1]Ford Licensed Accessory. [2]Available feature. [3]Late availability.

## STANDARD FEATURES

### MECHANICAL

2.3L EcoBoost® engine with Auto Start-Stop Technology

10-speed SelectShift® automatic transmission

2-stage linear-rate leaf spring rear suspension

3.73 rear axle ratio

4-pin trailer tow wiring with ball-mounting provisions in rear bumper (for towing up to 3,500 lbs.)

4-wheel disc brakes with Anti-Lock Brake System (ABS)

18-gallon fuel tank

Coil-over-shock double-wishbone independent front suspension

Easy Fuel® capless fuel filler

Electric power-assisted steering

Fully boxed high-strength-steel frame

Gas-pressurized front and rear shocks

Jack

Spare wheel and tire with lock and rear underframe carrier

### FORD CO-PILOT360™ TECHNOLOGY

AdvanceTrac® with RSC® (Roll Stability Control™)

Autolamp Automatic On/Off Headlamps

Curve Control

Hill Start Assist

SOS Post-Crash Alert System™

Trailer Sway Control

### TECHNOLOGY

FordPass Connect™[1] with 4G LTE Wi-Fi hotspot powered by FordPass™ app[2]

### INTERIOR

12V powerpoints, 2 in front and 1 in rear

Air conditioning

Driver and front-passenger sun visors

Gauges for fuel, engine coolant temperature, tachometer, speedometer, and odometer

Lockable glove box

MyKey® technology to help encourage responsible driving

Power front windows with driver one-touch-up/-down feature

Power rear windows (SuperCrew®)

### EXTERIOR

Center high-mounted stop lamp (CHMSL) with cargo lamp

Daytime running lamps

Pickup box rail and tailgate moldings

Pickup box tie-down hooks (6)

Removable tailgate with key lock

Steel front and rear bumpers

Variable-intermittent windshield wipers with washers

### SAFETY & SECURITY

Personal Safety System™ for driver and front passenger includes dual-stage front airbags,[3] safety belt pretensioners, safety belt energy-management retractors, safety belt usage sensors, driver's seat position sensor, crash severity sensor, restraint control module and Front-Passenger Sensing System

Front-seat side airbags[3]

Safety Canopy® System with side-curtain airbags[3] and rollover sensor

3-point safety belts for all seating positions

Individual Tire Pressure Monitoring System (excludes spare)

SecuriLock® Passive Anti-Theft System



## SUPERCAB
6' Box



## SUPERCREW
5' Box

### DIMENSIONS

| EXTERIOR (in.) | SuperCab 4x2/4x4 | SuperCrew 4x2/4x4 |
|---|---|---|
| Height | 70.7/71.1 | 71.1/71.5 |
| Width – Excluding mirrors | 73.3 | 73.3 |
| – Including mirrors | 85.8 | 85.8 |
| – Mirrors folded | 77.8 | 77.8 |
| Length | 210.8 | 210.8 |
| Wheelbase | 126.8 | 126.8 |
| Ground clearance (min.) | 8.4/8.9 | 8.4/8.9 |
| Overhang – Front | 35.8 | 35.8 |
| – Rear | 48.2 | 48.2 |
| **CARGO BOX (in.)** | | |
| Volume (cu. ft.) | 51.8 | 43.3 |
| Inside height | 20.8 | 20.9 |
| Length at floor | 72.8 | 61.0 |
| Width at wheelhouse | 44.8 | 44.8 |
| Maximum width at floor | 61.4 | 61.4 |
| **INTERIOR (in.)** | Front/Rear | Front/Rear |
| Head room | 39.8/35.9 | 39.8/38.3 |
| Leg room (max.) | 43.1/30.4 | 43.1/34.5 |
| Hip room | 55.8/55.3 | 55.8/53.5 |
| Shoulder room | 56.6/55.2 | 56.7/56.3 |
| Passenger volume (cu. ft.) | 89.2 | 97.6 |

### WEIGHT RATINGS[4]

| MAXIMUM (lbs.) | SuperCab 4x2/4x4 | SuperCrew 4x2/4x4 |
|---|---|---|
| GVWR | 6,050/6,050 | 6,050/6,050 |
| Payload | **1,860**[5]/1,650 | 1,770/1,560 |
| GCWR | 12,150[5]/12,400 | 12,250/12,500 |
| Towing | **7,500/7,500** | **7,500/7,500** |

Best-in-class gas shown in **bold**.


2019 Ranger | ford.com

[1]FordPass Connect includes complimentary 1-year subscription for remote features, excluding Wi-Fi hotspot, and starts with vehicle sale date (after which fees apply). Subscription is subject to compatible 4G LTE network availability. Certain restrictions, 3rd-party terms, or message and data rates may apply. Evolving technology/cellular networks may affect future functionality. Wi-Fi hotspot includes complimentary wireless data trial that begins upon AT&T activation and expires at the end of 3 months or when 3GB of data is used, whichever comes first, but cannot extend beyond the complimentary subscription period for remote features. To activate, go to www.att.com/ford. [2]FordPass smartphone app, for use with FordPass Connect, is available via download and compatible with select smartphone platforms. FordPass is on the App Store® and Google Play™. Learn more at fordpass.com. Message and data rates may apply. [3]Always wear your safety belt and follow airbag warning label instructions. [4]Weights shown are for properly equipped vehicle with required equipment and a 150-lb. driver. Weight of additional options, equipment, passengers and cargo must be deducted from this weight. For additional information, see your Ford Dealer. [5]With Pickup Box Delete option, payload rating is 2,080 lbs. and GCWR is 12,500 lbs.



# XL





**16" Silver Steel**
STANDARD



**17" Silver-Painted Aluminum**
INCLUDED: STX PACKAGE

2019 Ranger | ford.com

Top: **SuperCab 4x4. Ash Black cloth-trimmed interior. Available equipment.** Bottom: **SuperCrew® 4x4. Saber. STX Package. Available equipment.**



# XL

**EQUIPMENT GROUP 100A**
**INCLUDES STANDARD FEATURES, PLUS:**

### MECHANICAL
255/70R16 BSW all-season tires
Rear-wheel drive

### FORD CO-PILOT360™ TECHNOLOGY
Pre-Collision Assist with Automatic Emergency Braking (AEB)
Rear View Camera with Dynamic Hitch Assist

### TECHNOLOGY
SYNC® Voice Recognition Communications and Entertainment System with 4.2" LCD screen in center stack, 911 Assist,® AppLink,® and 1 smart-charging USB port

### SEATING
Cloth-trimmed seats
Front bucket seats and flow-through center console with floor shifter
4-way manual front seats with manual driver lumbar
2-passenger rear seating with removable cushions (SuperCab)
3-passenger rear bench seat with fold-down center armrest and 2 cupholders (SuperCrew®)
Rear under-seat storage

### INTERIOR
2.3" productivity screen in instrument cluster
AM/FM stereo with 6 speakers
Black vinyl flooring
Day/night rearview mirror
Fixed rear window with solar tint
Manual-tilt/-telescoping steering column
Vinyl steering wheel with audio controls

### EXTERIOR
Black front tow hooks (4x4)
Black grille, bumpers, door and tailgate handles, fender vent surrounds, wheel-lip moldings and sideview mirror caps
Halogen headlamps
Manual-folding sideview mirrors with manual glass and integrated blind spot mirrors

**AVAILABLE FEATURES AND PACKAGES:**

### MECHANICAL
4x4 drivetrain with electronic shift-on-the-fly (ESOF) transfer case
Electronic-locking rear axle
Engine block heater

### FORD CO-PILOT360 TECHNOLOGY
**Ford Co-Pilot360:**[1] Pre-Collision Assist with Automatic Emergency Braking (AEB);[2] Rear View Camera with Dynamic Hitch Assist;[2] Auto High-Beam Headlamps; BLIS® (Blind Spot Information System) with Trailer Coverage and Cross-Traffic Alert; and Lane-Keeping System with Lane-Keeping Alert, Lane-Keeping Assist, and Driver Alert
Forward and Reverse Sensing Systems[1] (included with Ford CoPilot360)

### SEATING
Rear seat delete (SuperCab)
Vinyl-trimmed seats

### INTERIOR
110V/150W AC power outlet on rear of center console[1] (included with Ford Co-Pilot360)
Carpeted flooring with carpeted floor mats
Floor liners[1]
Manually sliding rear window with privacy glass and defroster

### EXTERIOR
Black 5" rectangular cab steps[1]
Front license plate bracket (standard where required)
Pickup Box Delete (SuperCab 4x2)
Rear View Camera with Prep Kit (Pickup Box Delete)
SecuriCode™ keyless entry keypad
Splash guards[1]
Tonneau cover – Hard-folding[3]
Tonneau cover – Retractable[3]
Tonneau cover – Soft-folding[3]
Tough Bed® spray-in bedliner[4]

### EQUIPMENT GROUP
**Equipment Group 101A:** cruise control + power door and tailgate locks with autolock + Remote Keyless Entry System + perimeter alarm + manual-folding sideview mirrors with power glass

### PACKAGES
**Chrome Package:**[1] chrome bumpers, halogen fog lamps, black front tow hooks, and body-color wheel-lip moldings

**STX Package:**[1] 17" Silver-painted aluminum wheels, halogen fog lamps, black front tow hooks, STX pickup box decals, and Ebony premium cloth-trimmed seats

**Bed Utility Package:**[1] plastic drop-in bedliner and 12V in-bed powerpoint

**FX4 Off-Road Package** (4x4; requires STX Package):[1] off-road tuned suspension, electronic-locking rear axle, OWL all-terrain tires, exposed steel bash plate, skid plates for fuel tank, transfer case and steering gear, FX4 Off-Road box decals, Terrain Management System,™ Trail Control,™ and off-road display in instrument cluster productivity screen

**Trailer Tow Package** (required for towing up to 7,500 lbs.): 4-pin/7-pin wiring harness and Class IV trailer hitch receiver



STANDARD



CHROME PACKAGE



STX PACKAGE

SuperCrew 4x4 shown.



# XLT







**17" Silver-Painted Aluminum**
STANDARD



**17" Chrome-Like PVD**
INCLUDED: CHROME PACKAGE



**18" Chrome-Like PVD**
OPTIONAL: CHROME PACKAGE[1]



**17" Magnetic-Painted Aluminum**
INCLUDED: SPORT PACKAGE



**18" Machined Aluminum
with Magnetic-Painted Pockets**
OPTIONAL: SPORT PACKAGE[1]

2019 Ranger | ford.com

Top: **SuperCrew® 4x4. Medium Stone cloth-trimmed interior. Available equipment.** Bottom: **SuperCrew 4x4. Hot Pepper Red. Sport Package. Available equipment.** [1]Restrictions may apply. See your dealer for details.



## XLT

**EQUIPMENT GROUP 300A**
INCLUDES SELECT XL FEATURES, PLUS:

### MECHANICAL

255/65R17 BSW all-season tires (4x2)
255/65R17 BSW all-terrain tires (4x4)

### FORD CO-PILOT360™ TECHNOLOGY

**Ford Co-Pilot360:** Pre-Collision Assist with Automatic Emergency Braking (AEB); Rear View Camera with Dynamic Hitch Assist; Auto High-Beam Headlamps; BLIS® (Blind Spot Information System) with Trailer Coverage and Cross-Traffic Alert; and Lane-Keeping System with Lane-Keeping Alert, Lane-Keeping Assist, and Driver Alert

Forward and Reverse Sensing Systems

### INTERIOR

110V/150W AC power outlet on rear of center console
4.2" productivity screen in instrument cluster
Carpeted flooring with carpeted floor mats
Cruise control
Fixed rear window with defroster
Outside temperature display
Overhead console with sunglasses holder
Power door and tailgate locks with autolock
Privacy glass on rear doors and rear window
Steering wheel-mounted audio and cruise controls

### EXTERIOR

Black front tow hooks
Black mesh grille with Silver-painted surround
Body-color bumpers and wheel-lip moldings
Halogen fog lamps
Manual-folding sideview mirrors with power glass
Perimeter alarm
Remote Keyless Entry System

## AVAILABLE FEATURES AND PACKAGES:

### MECHANICAL

4x4 drivetrain with electronic shift-on-the-fly (ESOF) transfer case
Electronic-locking rear axle
Engine block heater
LT265/65R17 OWL all-terrain tires[1] (FX4 Off-Road Package)

### FORD CO-PILOT360 TECHNOLOGY

**Technology Package:**[1] Adaptive Cruise Control; and voice-activated Navigation System with pinch-to-zoom capability, and integrated SiriusXM® Traffic and Travel Link® services with 5-year subscription[2]

### INTERIOR

Floor liners
Remote Start System

### EXTERIOR

Black 5" rectangular cab steps[1]
Chrome 5" rectangular cab steps[1] (Chrome Package)
Front license plate bracket (standard where required)
SecuriCode™ keyless entry keypad
Splash guards
Tonneau cover – Hard-folding[3]
Tonneau cover – Retractable[3]
Tonneau cover – Soft-folding[3]
Tough Bed® spray-in bedliner

## EQUIPMENT GROUPS

**Equipment Group 301A:** SYNC® 3 with 8" color LCD capacitive touchscreen in center stack, 911 Assist,® AppLink,® Apple CarPlay™ compatibility, Android Auto™ compatibility, and 2 smart-charging USB ports + SiriusXM with 6-month All Access trial subscription[2] + dual-zone electronic automatic temperature control + leather-wrapped steering wheel and shift knob + auto-dimming rearview mirror + power-folding sideview mirrors with power glass

**Equipment Group 302A:** includes all content of 301A + Sport Package (see content under "Packages") + 8-way power, heated driver and front-passenger seats + manually sliding rear window with defroster + Remote Start System

## PACKAGES

**Chrome Package:**[1] 17" chrome-like PVD wheels; and chrome grille surround, bumpers, front tow hooks, fender vent surrounds, door and tailgate handles, and exhaust tip

**Sport Package:**[1] 17" Magnetic-painted aluminum wheels; Magnetic-painted grille surround, bumpers, fender vent surrounds and wheel-lip moldings; and SPORT box decals

**Bed Utility Package:** Plastic drop-in bedliner and 12V in-bed powerpoint

**FX4 Off-Road Package** (4x4): off-road tuned suspension, electronic-locking rear axle, OWL all-terrain tires, exposed steel bash plate, skid plates for fuel tank, transfer case and steering gear, FX4 Off-Road box decals, Terrain Management System,™ Trail Control,™ and off-road display in instrument cluster productivity screen

**Trailer Tow Package** (required for towing up to 7,500 lbs.): 4-pin/7-pin wiring harness and Class IV trailer hitch receiver



STANDARD



CHROME PACKAGE



SPORT PACKAGE

SuperCrew® 4x4 shown.

[1]Restrictions may apply. See your dealer for details. [2]After your trial period ends, SiriusXM audio and data services each require a subscription sold separately, or as a package, by Sirius XM Radio Inc. See SiriusXM Customer Agreement for complete terms at www.siriusxm.com. All fees and programming subject to change. Trial subscriptions not available in AK and HI. [3]Ford Licensed Accessory. Late availability.



# LARIAT





18" Machined Aluminum
with Stealth Gray-Painted Pockets
STANDARD



18" Chrome-Like PVD
INCLUDED: CHROME PACKAGE



17" Magnetic-Painted Aluminum
INCLUDED: SPORT PACKAGE



18" Machined Aluminum
with Magnetic-Painted Pockets
OPTIONAL: SPORT PACKAGE[1]



2019 Ranger | ford.com

Top: **SuperCrew® 4x4. Medium Stone leather-trimmed interior. Available equipment.** Bottom: **SuperCrew 4x4. Ingot Silver. Sport Package. Available and aftermarket equipment.** [1]Restrictions may apply. See your dealer for details.

BUILT FORD TOUGH

# LARIAT

## EQUIPMENT GROUP 500A
INCLUDES SELECT XLT FEATURES, PLUS:

### MECHANICAL
265/60R18 BSW all-season tires (4x2)
265/60R18 BSW all-terrain tires (4x4)

### FORD CO-PILOT360™ TECHNOLOGY
**Ford Co-Pilot360:** Pre-Collision Assist with Automatic Emergency Braking (AEB); Rear View Camera with Dynamic Hitch Assist; Auto High-Beam Headlamps; BLIS® (Blind Spot Information System) with Trailer Coverage and Cross-Traffic Alert; and Lane-Keeping System with Lane-Keeping Alert, Lane-Keeping Assist, and Driver Alert

### TECHNOLOGY
SYNC® 3 with 8" color LCD capacitive touchscreen in center stack, 911 Assist,® AppLink,® Apple CarPlay™ compatibility, Android Auto™ compatibility, and 2 smart-charging USB ports

### SEATING
8-way power, heated front seats
Leather-trimmed seats

### INTERIOR
Ambient lighting
Auto-dimming rearview mirror
Carpeted floor mats with Ranger logo
Dual 4.2" productivity screens in instrument cluster
Dual-zone electronic automatic temperature control
Intelligent Access with push-button start
Leather-wrapped steering wheel, shift knob, and door-trim inserts
Manually sliding rear window with defroster
SiriusXM® with 6-month All Access trial subscription[1]
Universal garage door opener

### EXTERIOR
Body-color door and tailgate handles, and sideview mirror caps
Chrome fender vent surrounds
Chrome grille bars with chrome surround
LED headlamps, fog lamps, cargo lamp and taillamps
Power-folding sideview mirrors with power, heated glass, integrated turn signal indicators, and security approach lamps

## AVAILABLE FEATURES AND PACKAGES:

### MECHANICAL
4x4 drivetrain with electronic shift-on-the-fly (ESOF) transfer case
Electronic-locking rear axle
Engine block heater
LT265/65R17 OWL all-terrain tires[2] (FX4 Off-Road Package)

### FORD CO-PILOT360 TECHNOLOGY
**Technology Package:** Adaptive Cruise Control; and voice-activated Navigation System with pinch-to-zoom capability, and integrated SiriusXM Traffic and Travel Link® services with 5-year subscription[1]

### INTERIOR
Floor liners

### EXTERIOR
Black 5" rectangular cab steps[3]
Chrome 5" rectangular cab steps[3] (Chrome Package)
Front license plate bracket (standard where required)
SecuriCode™ keyless entry keypad
Splash guards
Tonneau cover – Hard-folding[3]
Tonneau cover – Retractable[3]
Tonneau cover – Soft-folding[3]
Tough Bed® spray-in bedliner

## EQUIPMENT GROUP
**Equipment Group 501A:** Remote Start System + B&O Sound System with HD Radio™ and 10 speakers + Adaptive Cruise Control + voice-activated Navigation System with pinch-to-zoom capability, and integrated SiriusXM Traffic and Travel Link services with 5-year subscription[1] + rain-sensing windshield wipers + windshield wiper de-icer

## PACKAGES
**Chrome Package:** 18" chrome-like PVD wheels; and chrome bumpers, front tow hooks, door and tailgate handles, sideview mirror caps and exhaust tip

**Sport Package:**[2] 17" Magnetic-painted aluminum wheels; Magnetic-painted grille bars and surround; Magnetic bumpers, fender vent surrounds and wheel-lip moldings; and SPORT box decals

**Bed Utility Package:** Plastic drop-in bedliner and 12V in-bed powerpoint

**FX4 Off-Road Package** (4x4): off-road tuned suspension, electronic-locking rear axle, OWL all-terrain tires, exposed steel bash plate, skid plates for fuel tank, transfer case and steering gear, FX4 Off-Road box decals, Terrain Management System,™ Trail Control,™ and off-road display in instrument cluster productivity screen

**Trailer Tow Package** (required for towing up to 7,500 lbs.): 4-pin/7-pin wiring harness, and Class IV trailer hitch receiver



STANDARD



CHROME PACKAGE



SPORT PACKAGE

SuperCrew® 4x4 shown.

---

[1]After your trial period ends, SiriusXM audio and data services each require a subscription sold separately, or as a package, by Sirius XM Radio Inc. See SiriusXM Customer Agreement for complete terms at www.siriusxm.com. All fees and programming subject to change. Trial subscriptions not available in AK and HI. [2]Restrictions may apply. See your dealer for details. [3]Ford Licensed Accessory. Late availability.





**XL**

| Ash Black Cloth | Ebony Vinyl | Ebony Cloth |
|---|---|---|
| 1-5 | 1-5 | 1-6 STX Package |

**XLT**

| Ebony Cloth | Medium Stone Cloth |
|---|---|
| 1-7 | 1-7 |

**LARIAT**

| Ebony Leather | Medium Stone Leather |
|---|---|
| 1-8 | 1-8 |



| Shadow Black | Oxford White | Ingot Silver[1] | Magnetic[1] | Lightning Blue[1] | Saber[1,2] | Hot Pepper Red Metallic Tinted Clearcoat[3] | White Platinum Metallic Tri-coat[3] |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

2019 Ranger | ford.com

Colors are representative only. See your dealer for actual paint/trim options. [1]Metallic. [2]Requires Sport Package on XLT and LARIAT. [3]Additional charge.





**In the lab,** a 4-post shaker table abuses Ranger to help identify any squeaks and rattles, so that they can be minimized.

**On the brutal Silver Creek track** at our Michigan Proving Grounds, robotic drivers punish Ranger with severe impacts on a relentless, round-the-clock schedule.

# TORTURED.
# TESTED. TOUGH.

**"We torture every component** — from its high-strength-steel frame to its EcoBoost® engine to its cloth- and leather-trimmed seats — to ensure Ranger is ready for any season and nearly any terrain."

— Rick Bolt, Ford Ranger Chief Engineer

**Based on the same proven standards** upheld by the legendary Ford F-150, Ranger testing extends from the lab to the proving grounds to intense real-world locations near and far.

2019 Ranger | ford.com



**New Vehicle Limited Warranty.** We want your Ford Ranger vehicle ownership experience to be as good as it can be. Under this warranty, your new vehicle comes with 3-year/36,000-mile bumper-to-bumper coverage, 5-year/60,000-mile Powertrain Warranty coverage, 5-year/60,000-mile safety restraint coverage, and 5-year/unlimited-mile corrosion (perforation) coverage – all with no deductible. Please ask your Ford Dealer for a copy of this limited warranty.

**Roadside Assistance.** Covers your vehicle for 5 years or 60,000 miles, so you have the security of knowing that help may be only a phone call away should you run out of fuel, lock yourself out of the vehicle or need towing. Your Ford Dealer can provide complete details on all of these advantages.

**Ford Credit.** Get the ride you want. Whether you plan to lease or finance, you'll find the choices that are right for you at Ford Credit. Ask your Ford Dealer for details or check us out at fordcredit.com.

**Ford Protect™ Extended Service Plans.** Whether you purchase or lease your Ford vehicle, insist on genuine Ford Protect extended service plans. Ford Protect has a variety of plans to give you peace-of-mind protection whether you want vehicle component or maintenance coverage. Plus, they are fully backed by Ford and honored at all Ford dealerships in the U.S., Canada and Mexico. When you visit your dealer, insist on genuine Ford Protect extended service plans.

**Insurance Services.** Get Ford Motor Company quality in your auto insurance. Our program offers industry-leading benefits and competitive rates. Call 1-877-367-3847, or visit us at fordvip.com for a no-obligation quote. Insurance offered by American Road Services Company (in CA, American Road Insurance Agency), a licensed agency and subsidiary of Ford Motor Company.

**Ford Original Accessories.** They're warranted for whichever provides you the greatest benefit: 24 months/unlimited mileage, or the remainder of your Bumper-to-Bumper 3-year/36,000-mile New Vehicle Limited Warranty. Ford Licensed Accessories (FLA) are warranted by the accessory manufacturer's warranty. FLA are designed and developed by the accessory manufacturer and have not been designed or tested to Ford Motor Company engineering requirements. Contact your Ford Dealer for details and/or a copy of all limited warranties.

Amazon, Alexa and all related logos are trademarks of Amazon.com, Inc. or its affiliates. Android, Android Auto, Google, Google Play, Waze and logos are trademarks of Google Inc. Apple, Apple CarPlay, Apple Watch and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. BANG & OLUFSEN™ and B&O™ are registered trademarks of Bang & Olufsen Group. Licensed by Harman Becker Automotive Systems Manufacturing Kft. All rights reserved. Bullfrog is a registered trademark of Stillwater Designs. "HD Radio" and the HD Radio logo are proprietary trademarks of iBiquity Digital Corporation. PANDORA, the PANDORA logo, and the Pandora trade dress are trademarks or registered trademarks of Pandora Media, Inc. Used with permission. Sirius, XM, SiriusXM and all related marks and logos are trademarks of Sirius XM Radio Inc. The Bluetooth word mark is a trademark of the Bluetooth SIG, Inc. Yakima is a registered trademark of Yakima Products Inc.

Comparisons based on competitive models (class is Midsize Pickups based on Ford segmentation) publicly available information and Ford certification data at time of release. Vehicles may be shown with optional and aftermarket upfit equipment. Features may be offered only in combination with other options or subject to additional ordering requirements/limitations. Dimensions and capacity ratings shown may vary due to optional features and/or production variability. Information is provided on an "as is" basis and could include technical, typographical or other errors. Ford makes no warranties, representations, or guarantees of any kind, express or implied, including but not limited to, accuracy, currency, or completeness, the operation of the information, materials, content, availability, and products. Ford reserves the right to change product specifications, pricing and equipment at any time without incurring obligations. Your Ford Dealer is the best source of the most up-to-date information on Ford vehicles. Body manufacturers are responsible for compliance certification of the completed vehicle.

**ford.com/trucks/ranger**

  





LARIAT SuperCrew® 4x4 with FX4 Off-Road and Sport Packages in Saber accessorized with AeroSkin™ Hood Protector,[1] chrome front tow hooks, side window deflectors, black rectangular step bars, fender flares,[1] 18" black machined-face aluminum wheels, Embark LS tonneau/bed cover,[1] low-profile bed rack[1] (including heavy-duty crossbars), and extra-large basket with net[1]

### Bed Products
Bed cargo nets, liners[1] and mats[1]
Bed cargo sling organizer[1]
Bed extender[1]
Bed Light System[1]
Bed tailgate lock[1]
Drop-in bedliner and tailgate liner
Swing case storage box[1]
Tonneau/bed covers[1]

### Electronics
Bullfrog® portable Bluetooth® speakers[1]
Keyless entry keypad
LED warning strobes and work task lights[1]
NextBase® Duo Cinema[1]
Remote start and vehicle security systems
Warning sensor systems[1]

### Exterior
Chrome exhaust tip
Fender flares[1]
Graphics kits[1]
Hood deflector
Hood protectors[1]
Molded and premium flat splash guards
Racks and carriers[1]
Rocker panel protection[1]
Side window deflectors[1]
Splash guards[1]
Step bars
Tailgate lettering[1]
Tents and awning[1]
Tow hooks
Trailer towing accessories

### Interior
Ash cup/coin holder
Custom UVS100® sunscreen[1]
Door sill plates[1]
First aid and roadside assistance kits[1]
Floor liners and carpeted floor mats
In-vehicle safe[1]
Interior light kit
Protective seat covers[1]
Tablet cradle[1]

### Wheels
18" black machined-face aluminum
Wheel lock kit

Shop the complete collection at **accessories.ford.com**

[1]Ford Licensed Accessory.

©2019 Ford Motor Company   19RGRWEBPDF