# Exhibit 16



Articles > 8 Best Ranked MPG Trucks of 2019: Ranked

RANKINGS

# 8 Best Ranked MPG Trucks of 2019: Ranked

PUBLISHED THURSDAY, JUNE 27, 2019

## Achieve power and impressive fuel-economy.



Today, more and more manufacturers are producing trucks that get great fuel economy while still delivering impressive horsepower. If you're fuel-conscious and looking for the right truck, we've put together a power-packed list of trucks to help you on your search.

To compile our list of the best ranked mpg trucks at CarMax, we took our best-selling trucks from June 1, 2018, through November 30, 2018, and then ranked them in order using city and highway fuel economy data from fueleconomy.gov.[1]

1. [2017 Chevrolet Colorado 2WD Automatic 2.5L](#)

 

2. [2018 Ford F-150 2WD Automatic 3.3L](#)

 

3. [2015 Ford F-150 2WD Automatic 2.7L](#)

 

4. [2016 Ford F-150 2WD Automatic 2.7L](#)




5. 2017 Nissan Frontier 2WD Automatic 2.5L




6. 2015-2016 Ford F-150 4WD Automatic 2.7L & 2017 Toyota Tacoma 4WD Automatic







7. 2015 Ford F-150 4WD Automatic 3.5L




8. [2015 Chevrolet Silverado 1500 4WD Automatic 4.3L](#)




If you're looking for a truck with the best gas mileage, this list is a great guide. Many of the vehicles on this list have impressive performance specs. You can also look forward to some useful tech features that will make these trucks a joy to drive. For example, the 2015 Ford F150 comes with a standard rearview camera and optional trailer hitch assist video camera. And, the 2015 Chevrolet Silverado 1500 comes with Apple CarPlay™, Android Auto ™, and an available Wi-Fi hotspot system.[2]

To learn more about some of the best trucks at CarMax, check out these additional resources:

[Best Trucks](#)

[Best Small Trucks](#)

[Best Pickup Trucks under $25,000](#)

1. Fuel economy figures are based on EPA estimates for when vehicle sold as new. Fuel economy may vary for reasons like driving conditions and vehicle history. Unless specified, figures are for vehicles equipped with an automatic transmission. See fueleconomy.gov for details.

2. Data plan and compatible device required to activate.

Unless otherwise noted, information relating to these featured vehicles comes from third-party sources, including manufacturer information. Product and company names may be trademarks™ or registered® trademarks of third-party entities. Use of them does not imply any affiliation with or endorsement by these entities.

## Shop Best Used MPG Trucks Near You



**2015 Dodge Ram 1500 Lone Star**
$21,998* • 111K
Dallas, Texas



**2014 Chevrolet Silverado 1500 LTZ**
$30,998* • 31K
Dallas, Texas

**2015 Dodge Express**
$23,998* • 50
Town Center,



**START YOUR SEARCH**

### Related Topics

best-cars    chevrolet    colorado    f-150    ford    pickup-trucks

silverado-1500    nissan    frontier    toyota    tacoma

### Related Articles



**RANKINGS**

**10 Best Pickup Trucks under $25,000: Reviews, Photos, and More**

The best trucks for the money are out there for the finding. Check out these 10 top-rated trucks at CarMax, based on vehicles and sales data from July 1, 2018 through December 31, 2018. All of the used pickups on this list have average prices under $25,000.

PUBLISHED ON WEDNESDAY, APRIL 17, 2019



### RANKINGS
### 5 Best Small Trucks for 2019: Reviews, Photos, and More

In the market for a rugged yet practical pickup truck? If so, this list of best-selling small pickup trucks is a great place to start your next vehicle search. Check out these best-selling small trucks for 2019 shoppers, based on CarMax sales data from May 1, 2018 through October 31, 2018.

PUBLISHED ON THURSDAY, JANUARY 31, 2019



### RANKINGS
### 10 Best Pickup Trucks of 2018: Ranked

Here's a breakdown of the CarMax 10 best pickup trucks of 2018 so far, based on sales from November 1 through May 31. Each of the trucks on this list does a great job of meeting our customers' needs for utility and comfort.

PUBLISHED ON WEDNESDAY, JULY 18, 2018



### RANKINGS
### 10 Best Pickup Trucks for 2019: Reviews, Photos, and More

Here's a breakdown of the CarMax 10 best trucks to buy for 2019 shoppers, based on sales from November 2017, through May 2018. Each of the top-rated trucks on this list meets our customers' needs for utility and comfort.

PUBLISHED ON WEDNESDAY, JULY 18, 2018



### RANKINGS
### 10 Best Pickup Trucks under $25,000: Ranked

The best trucks for the money are out there for the finding. Check out these 10 best-selling trucks at CarMax, based on vehicles and sales data from January 1, 2018 through April 30, 2018. All of the

FEEDBACK

used pickups on this list have average prices at CarMax under $25,000 (based on average prices between 1/1/2018 and 4/30/18).

**PUBLISHED ON WEDNESDAY, JUNE 13, 2018**

\* Price excludes tax, title, and registration fees. Price assumes that final purchase will be made in the State of WA, unless vehicle is non-transferable. Vehicle subject to prior sale. Applicable transfer fees are due in advance of vehicle delivery and are separate from sales transactions.

Renton

## Shop

Browse By Category

View All Inventory

Find a Store

## Sell

Schedule an Appraisal

## Finance

Make a Payment

CarMax Auto Finance

## About

About CarMax

Social Responsibility

CarMax Foundation

## Careers

Search Jobs

FEEDBACK

## More

Contact Us

Service

Media Center

Investor Relations

Privacy Policy
Financial Privacy Policy
Interest-Based Ads
Terms of Use
CarMax Recall Policy
CA Supply Chain Transparency
Accessibility
Feedback

Copyright © 2019 CarMax Business Services, LLC

FEEDBACK