# Exhibit 17

Case 2:13-cr-02906-SRC   ECF No. 64-18, PageID.1864   Filed 01/27/20   Page 2 of 3

# Ford Media Center

## FORD SURPASSES 1 MILLION TRUCK SALES IN 2018

Jan 12, 2019 | DEARBORN, Mich.



Ford sold more than 1.075 million F-Series trucks globally in 2018, averaging a sale every 29.3 seconds.

- Ford extended its market dominance in trucks again in 2018 with more than 1.075 million F-Series sold globally

- Using average U.S. transaction pricing of $46,700, F-Series estimated sales revenue of $50 billion would be greater than the 2018 revenues of Fortune 500 companies including Oracle, American Express or Best Buy

**DEARBORN, Mich., Jan. 12, 2019** – It would take more than eight hours in a commercial jet flying more than 500 miles per hour to travel the full length, parked bumper-to-bumper, of all the Ford F-Series trucks sold globally in 2018 as the company marks 42 years as America's best-selling truck and 37 years as America's best-selling vehicle. During that flight, Ford would have sold nearly 1,000 more F-Series trucks.

"From Ranger to Transit, we're proud and honored to help our global truck and commercial vehicle customers get the job done around the planet," said Jim Farley, Ford executive vice president and president, Global Markets. "But it's our F-Series juggernaut that leads the world in sales, capability and smart technology, setting the bar others follow."

Case 2:19-md-02901-SFC   ECF No. 64-18, PageID.1865   Filed 01/27/20   Page 3 of 3

bumper-to-bumper, F-Series trucks would stretch more than 4,000 miles – greater than the distance from Dallas to Honolulu.

If Ford F-Series were its own business using average U.S. transaction prices of $46,700 to calculate revenues, F-Series would have the equivalent of $50 billion in revenues, or greater revenues than Oracle ($37 billion), American Express ($35 billion) or Best Buy ($42 billion).

Along with increased sales volumes, F-Series average transaction prices have steadily grown since the 2014 debut of the new F-150 with a high-strength, military-grade, aluminum-alloy body, climbing an average of $7,400 per truck.

Ford offers an F-Series pickup for every truck customer – from the work-ready F-150 XL starting at an MSRP of $28,155 to the top-of-the-line F-450 Super Duty Limited starting at an MSRP of $86,505.

Of course, the resounding success of Ford Motor Company's F-Series would not be possible without the hardworking employees at Kentucky Truck Plant, Kansas City Assembly Plant, Ohio Assembly Plant and Dearborn Truck Plant, along with those at Ford's Product Development Center in Dearborn.

# About Ford Motor Company

Ford Motor Company is a global company based in Dearborn, Michigan. The company designs, manufactures, markets and services a full line of Ford cars, trucks, SUVs, electrified vehicles and Lincoln luxury vehicles, provides financial services through Ford Motor Credit Company and is pursuing leadership positions in electrification, autonomous vehicles and mobility solutions. Ford employs approximately 196,000 people worldwide. For more information regarding Ford, its products and Ford Motor Credit Company, please visit www.corporate.ford.com.