Exhibit 20





# CAR AND DRIVER BEST FULL-SIZE PICKUP TRUCK [1]

## TEXAS AUTO WRITERS ASSOCIATION TRUCK OF TEXAS [2]

### ★★★★★ F-150 SUPERCREW 5-STAR OVERALL VEHICLE SCORE
NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION [3]

### MOTORWEEK DRIVERS' CHOICE AWARD

### 2017 IIHS TOP SAFETY PICK

### DIGITAL TRENDS BEST TRUCK YOU CAN BUY

# THE NEW 2018 FORD F-150. HAUL OF FAME MATERIAL.

Even tougher. Even smarter. Even more capable. And winner of the 2018 *Motor Trend* Truck of the Year.® Plus, so much more. F-150 SuperCrew® has already earned a 5-Star Overall Vehicle Score[2] from the National Highway Traffic Safety Administration (NHTSA). As well as a 2017 IIHS Top Safety Pick (2018 F-150 SuperCrew and SuperCab when equipped with optional front crash protection).

As part of the legendary F-Series lineup that's been America's best-selling truck for 41 years, F-150 proves itself. Year after punishing year. Don't just take our word for it. "It was unanimous," says *Motor Trend*. "The Ford F-150 is *Motor Trend*'s 2018 Truck of the Year. It was a pretty resounding win. Nothing really came close." Ford F-150. It doesn't just raise the bar. It is the bar.

**2018 F-150** | ford.com



LARIAT SuperCrew 4x4. Ruby Red. Sport Package. Available equipment. [1]*Car and Driver*, 10Best Trucks and SUVs, 02/18. [2]As voted on by the Texas Auto Writers Association. [3]Government's 5-Star Safety Ratings are part of the National Highway Traffic Safety Administration's (NHTSA's) New Car Assessment Program (www.safercar.gov).
Vehicles throughout this brochure may be shown with aftermarket upfit equipment and without standard antenna.





With muscular new styling front and rear, the pickup that altered the truck landscape forever continues to power ahead. The new 2018 F-150 features a stable of new and improved engines, including a new 3.0L Power Stroke® Turbo Diesel[1] with a best-in-class[2] EPA-estimated highway fuel efficiency rating of 30 mpg,[3] along with best-in-class diesel hp and torque. F-150 also delivers best-in-class max. towing.[4] Best-in-class max. payload.[4] A new SYNC® Connect 4G LTE Wi-Fi hotspot[5] that lets you connect up to 10 devices. Plus, segment-first and class-exclusive driver-assist technology. Whether you're hauling a truckload of awards or towing a boat to your favorite lake, you need a truck you can depend on at work and at play. Which brings you to your toughest choice. Deciding which 2018 Ford F-150 is right for you.



**2018 F-150** | ford.com

PLATINUM SuperCrew® 4x4. Magnetic. Available equipment. [1]Available feature. [2]Class is Full-Size Pickups under 8,500 lbs. GVWR, based on Ford segmentation. [3]EPA-estimated rating: 22 city/30 hwy/25 combined mpg, 3.0L Power Stroke Turbo Diesel, 4x2. Actual mileage will vary. [4]When properly configured. See charts on pages 33-34 for maximum ratings by configuration. [5]Available feature. Certain restrictions, 3rd-party terms, or message and data rates may apply. See footnote 2 on page 27 and your Ford Dealer for details.





# FIRST-IN-CLASS

HIGH-STRENGTH, MILITARY-GRADE, ALUMINUM ALLOY BODY AND CARGO BOX[1] / 360-DEGREE CAMERA WITH SPLIT-VIEW DISPLAY[2]

/ REMOTE TAILGATE RELEASE[2] / INFLATABLE REAR-SEAT OUTBOARD SAFETY BELTS[2]

# BEST-IN-CLASS

13,200-LB. MAX. TOWING CAPACITY[3] / 3,270-LB. MAX. PAYLOAD CAPACITY[3] / 440 LB.-FT. OF DIESEL TORQUE

/ 250 DIESEL HORSEPOWER / 470 LB.-FT. OF TORQUE[2,4] ON F-150 / 510 LB.-FT. OF TORQUE[5] ON RAPTOR

/ EPA-ESTIMATED HIGHWAY FUEL ECONOMY RATING OF 30 MPG[6] / FORD F-SERIES: AMERICA'S BEST-SELLING TRUCK FOR 41 YEARS

# CLASS-EXCLUSIVE

STANDARD AUTO START-STOP TECHNOLOGY / 10-SPEED AUTOMATIC TRANSMISSION[2] / PRO TRAILER BACKUP ASSIST™[2]

/ POWERSCOPE® POWER-FOLDING/-TELESCOPING TRAILER TOW MIRRORS[2] / LED SIDEVIEW MIRROR SPOTLIGHTS[2] / TAILGATE STEP[2]

/ SMART TRAILER TOW CONNECTOR[2] / STOWABLE LOADING RAMPS[2] / BOXLINK™ WITH PREMIUM LOCKING CLEATS[2]

/ MULTICONTOUR FRONT SEATS WITH ACTIVE MOTION®[2] / B&O PLAY™ PREMIUM AUDIO SYSTEM BY HARMAN[2]

**2018 F-150** | ford.com

KING RANCH® SuperCrew® 4x4. White Platinum/Stone Gray two-tone. Available equipment. [1]6000-series aluminum alloy. [2]Available feature. [3]When properly configured. See Towing chart on page 33 and Payload chart on page 34 for maximum ratings by configuration. [4]3.5L EcoBoost® engine. [5]High-output 3.5L EcoBoost engine. Torque rating achieved with 93-octane fuel. [6]EPA-estimated rating: 22 city/30 hwy/25 combined mpg, 3.0L Power Stroke® Turbo Diesel, 4x2. Actual mileage will vary.





# THE FIRST-EVER F-150
# POWER STROKE DIESEL

## BEST-IN-CLASS

| | |
|---|---|
| Diesel horsepower | 250 @ 3,250 rpm |
| Diesel torque | 440 lb.-ft. @ 1,750 rpm |
| EPA-estimated hwy rating[1] | 30 mpg |
| Max. diesel payload capacity[2] | 1,940 lbs. |
| Max. diesel towing capacity[2] | 11,400 lbs. |

In a truck known for firsts, the 2018 Ford F-150 is now powered by its first-ever diesel engine: the 3.0L Power Stroke® Turbo Diesel.[3] Backed by Built Ford Tough® durability testing, it arrives in true F-150 fashion: with a best-in-class EPA-estimated rating of 30 mpg hwy[1] and best-in-class diesel horsepower and torque. Plus, best-in-class diesel payload and towing capacity.[2] At its very core, the 3.0L Power Stroke V6 Turbo Diesel features the same segment-exclusive compacted-graphite iron block material construction and forged-steel crank used in the 2.7L EcoBoost® engine for added strength and durability, while reducing weight. The engine is mated to another technological standout: our innovative 10-speed automatic transmission with SelectShift® capability, progressive range select and tow/haul mode. It's a combination that helps the diesel-powered F-150 deliver exactly what you need. For towing. Hauling. And all-around capability. This is how diesel is done.

**EXCEPTIONAL RESPONSIVENESS** and reduced turbo lag come courtesy of the robust airflow supplied by a high-efficiency, variable-geometry turbocharger. By forcing air into the cylinders to enhance performance, the turbocharger helps the engine deliver maximum power quickly and is designed for robust high-altitude performance.

**OPTIMIZED PERFORMANCE AND FUEL EFFICIENCY** are delivered by a high-pressure, common-rail, fuel-injection system. Its high-pressure 29,000 pounds-per-square-inch injection calibration enables fuel-efficient and quiet operation.

**PEAK OPERATIONAL TEMPERATURE** is maintained in part by Active Grille Shutters, which automatically close to help keep the 3.0L Power Stroke Turbo Diesel running warm in colder weather. Those same shutters swing open in hot weather to help facilitate engine cooling, especially critical during hot-weather towing.

**PUNISHED IN THE LAB** and during real-world testing, the 3.0L Power Stroke Turbo Diesel excelled with an 11,400-lb. trailer in tow at the legendary Davis Dam in Arizona: maintaining consistent speed while climbing 13 miles at a 6% grade – even at 100°F.

KING RANCH® SuperCrew® 4x4. White Platinum/Stone Gray two-tone. Available equipment. [1]EPA-estimated rating: 22 city/30 hwy/25 combined mpg, 3.0L Power Stroke Turbo Diesel, 4x2. Actual mileage will vary. [2]When properly configured. SuperCab 6.5' box 4x2 with Trailer Tow Package and 3.55 rear axle. Not shown. See charts on pages 33–34 for maximum ratings by configuration. [3]Available feature.



BUILT FORD TOUGH

**POWERTRAINS**

With every engine reengineered, upgraded, improved or all-new within the past year, the 2018 F-150 features its most advanced engine lineup ever. From 2.7L to 5.0L, there are 4 powerful gas engines to choose from. Plus, the first-ever diesel engine on F-150 combines work-ready torque with best-in-class fuel efficiency.[1] Equally noteworthy: All F-150 engines benefit from standard Auto Start-Stop Technology to help reduce fuel consumption and vehicle emissions during city driving, and are teamed with automatic transmissions featuring SelectShift® capability. A 6-speed automatic with the 3.3L. The class-exclusive, Ford built, 10-speed automatic with everything else.

    

## ALL-NEW 3.3L Ti-VCT V6

The all-new, standard F-150 powerplant for 2018 delivers where it matters most: higher towing capability, more payload capacity, and improved fuel efficiency.[2] That's a clean sweep in any truck buyer's ledger. Plus, a higher compression ratio and higher max. combustion peak pressure help surpass previous horsepower and torque numbers. A dual-injection system features both direct injection and port fuel injection to improve power output and efficiency over a wide variety of engine loads.

A 6-speed SelectShift automatic transmission is paired with the 3.3L Ti-VCT engine.

## ENHANCED 2.7L ECOBOOST®

Named one of "Our 10 Favorite Gas Burners" by *Car and Driver*. And that was before the upgrades increased torque to 400 lb.-ft. 2nd-generation updates to this twin turbo[3] include a new dual-injection system that features both direct injection and port fuel injection. Two injectors per cylinder – one mounted in the intake port and another inside the cylinder – improve power output and efficiency.

Strength and durability come from compacted graphite iron (CGI) that forms the upper engine block and cylinders. New for 2018, the 2.7L[3] is paired with the 10-speed SelectShift automatic transmission for exceptional driveability.

## ENHANCED 5.0L Ti-VCT V8

Horsepower and torque – increased. Fuel efficiency – improved. The trusted 5.0L V8 engine[3] – better than ever. A new dual-injection system increases compression ratio to 12:1. Upgraded main and connecting rod bearings provide greater durability. And, new for 2018, the V8 is paired with the 10-speed SelectShift automatic transmission for the first time. "The 5.0L ... roars with a burly truck V8 note," says *Motor Trend*.

An available, class-exclusive CNG/Propane Gaseous Engine Prep Package can ready your V8-equipped F-150 to be upfit for compressed natural gas (CNG), propane autogas, or as a bi-fuel vehicle with the ability to switch between CNG or propane and gasoline.[4]

## 2ND-GEN 3.5L ECOBOOST

All-new for the 2017 model year, the 3.5L EcoBoost[3] soldiers on for 2018 with a class-best 470 lb.-ft. of torque, along with 375 horsepower. Paired with the 10-speed SelectShift automatic transmission, engine torque is readily available across the speed range for instant acceleration and exceptional low-end and peak performance. Exactly what's needed for hauling heavy loads and towing heavy trailers.

A roller-finger follower valvetrain features durable intake and exhaust valves, as well as hydraulic valve-lash adjusters that optimize engine durability.

## ALL-NEW 3.0L POWER STROKE DIESEL

As the first-ever diesel engine in Ford F-150, the 3.0L Power Stroke® Turbo Diesel[3] delivers 440 lb.-ft. of diesel torque and 250 diesel horsepower – both best in class. It's also paired with the 10-speed SelectShift automatic transmission to put all its usable low-end engine torque to good use.

With the transmission's 10-speed architecture, and the engine's peak torque arriving at a low 1,750 rpm, the diesel powertrain is an exceptional choice for towing – where strong torque delivery throughout the rpm range is exactly what you need.

| | ALL-NEW 3.3L Ti-VCT V6 | ENHANCED 2.7L ECOBOOST | ENHANCED 5.0L Ti-VCT V8 | 2ND-GEN 3.5L ECOBOOST | ALL-NEW 3.0L POWER STROKE DIESEL |
|---|---|---|---|---|---|
| Horsepower | 290 @ 6,500 rpm | 325 @ 5,000 rpm | 395 @ 5,750 rpm | 375 @ 5,000 rpm | 250 @ 3,250 rpm |
| Torque | 265 lb.-ft. @ 4,000 rpm | 400 lb.-ft. @ 2,750 rpm | 400 lb.-ft. @ 4,500 rpm | 470 lb.-ft. @ 3,500 rpm | 440 lb.-ft. @ 1,750 rpm |
| EPA-estimated ratings[5] | 19 city/25 hwy/22 combined mpg | 20 city/26 hwy/22 combined mpg | 17 city/23 hwy/19 combined mpg | 18 city/25 hwy/21 combined mpg | 22 city/30 hwy/25 combined mpg |
| Max. payload capacity[6] | 1,990 lbs. | 2,470 lbs. | 3,270 lbs. | 3,230 lbs. | 1,940 lbs. |
| Max. towing capacity[6] | 7,700 lbs. | 9,100 lbs. | 11,600 lbs. | 13,200 lbs. | 11,400 lbs. |

[1]EPA-estimated rating: 22 city/30 hwy/25 combined mpg, 3.0L Power Stroke Turbo Diesel, 4x2. Actual mileage will vary. [2]When compared to previous-generation 3.5L Ti-VCT V6 engine. [3]Available feature. [4]Purchasing an F-150 this way may help you qualify for state incentives related to alternative fuel use, infrastructure or vehicles. Visit afdc.energy.gov/afdc/laws for details. [5]EPA-estimated ratings for 4x2. Actual mileage will vary. [6]When properly configured. See Towing chart on page 33 and Payload chart on page 34 for maximum ratings by configuration.





# 10-SPEEDS. COUNTLESS INNOVATIONS.

Standard with 4 F-150 engines for 2018, the innovative 10-speed SelectShift® automatic transmission helps deliver higher average power for acceleration – improving responsiveness and performance. With a wide-ratio span and optimized gear spacing, including 3 overdrive gears, the 10-speed gearbox helps maximize shift points and gear ratios to optimize power, low-rpm torque and fuel efficiency.[1] 10 speeds, along with tow/haul mode, also enhance confidence while towing. An electronic control system is engineered to help ensure the right gear at the right time, including skip-shift and direct downshift capability. Select the operating range for automatic shifting (in Drive) thanks to progressive range select. Combined with SelectShift operation in manual mode, the 10-speed delivers a class-leading level of driver control.[2]

**THE 10-SPEED ARCHITECTURE** is designed for optimum ratio progression and efficiency. A Ford patented power flow and Ford patented direct-acting hydraulic controls provide accurate and quick upshift and downshift capability.

**A 150,000-MILE FLUID CHANGE INTERVAL** results from a patented ultra-low-viscosity automatic transmission fluid (ATF) and high-efficiency filtration system. An off-axis variable displacement pump improves operating efficiency as well.

**2018 F-150** | ford.com

[1]EPA-estimated 4x2 ratings: 20 city/26 hwy/22 combined mpg, 2.7L EcoBoost.® 17 city/23 hwy/19 combined mpg, 5.0L V8. 18 city/25 hwy/21 combined mpg, 3.5L EcoBoost. 22 city/30 hwy/25 combined mpg, 3.0L Power Stroke.® Actual mileage will vary for all. [2]Based on the number of available driver-selectable transmission controls and modes.





# BUILT FORD TOUGH.
A segment-exclusive combination of advanced materials that are durable and inhibit corrosion help the 2018 Ford F-150 deliver mightily on its Built Ford Tough® promise, delivering best-in-class towing and payload ratings.[1]

**THE STRONGEST FRAME EVER CREATED** for F-150 is a fully boxed, modular foundation comprised of 78% high-strength steel. This highly rigid structure enhances stiffness and durability.

**8 RUGGED CROSSMEMBERS** (5 are through-welded) and large cross-section frame rails form the perfect foundation for our revolutionary truck body and cargo box.

**WITH OVER 10 MILLION CUSTOMER-EQUIVALENT MILES OF TESTING,** Ford F-150 is engineered for the long haul. Because this truck has already passed our toughest tests, it will be more than ready for yours.

**HIGH-STRENGTH, MILITARY-GRADE, ALUMINUM ALLOY** doesn't rust and resists corrosion. In other words, it's engineered to stand up to the punishment that happens back here. With more trucks on the road with 250,000 miles than any other brand, there's nothing tougher than Ford F-Series.[2]

2018 F-150 | ford.com
[1]When properly configured. See Towing chart on page 33 and Payload chart on page 34 for maximum ratings by configuration. [2]"More trucks on the road" based on IHS Markit Vehicles In Operation (VIO) data and latest odometer readings available to IHS Markit for 1992 and newer model year full-size pickups still on the road in the U.S. as of 4/1/2017.



SAFETY ENGINEERING



It's official. Ford F-150 SuperCrew® has earned the top 2 safety honors. First, a 2017 IIHS Top Safety Pick from the Insurance Institute for Highway Safety (2018 F-150 SuperCrew and SuperCab when equipped with optional front crash protection). Plus, F-150 SuperCrew has a 5-Star Overall Vehicle Score[1] from the National Highway Traffic Safety Administration (NHTSA). In crash testing covering frontal, side and rollover crash worthiness, the 2018 F-150 SuperCrew received the government's highest safety rating.

2017 IIHS
**TOP**
SAFETY
**PICK**

★ ★ ★ ★ ★
F-150 SUPERCREW
**5-STAR
OVERALL
VEHICLE
SCORE**





**FIRST-IN-CLASS INFLATABLE REAR SAFETY BELTS**[2] for rear outboard passengers join 6 standard airbags to enhance occupant protection. To reduce injury risk in certain collisions, the fully inflated safety belt distributes crash energy across 5 times more of an occupant's body than a non-inflatable safety belt.

**ROOF STRENGTH IS REINFORCED** by a hydroformed roof rail supported by an extruded closed-section roof bow, while an extruded rocker reinforcement helps reduce cab intrusion in certain front and side impacts.

[1]Government's 5-Star Safety Ratings are part of the National Highway Traffic Safety Administration's (NHTSA's) New Car Assessment Program (www.safercar.gov). [2]Available feature. SuperCrew only.





# BETTER WARN YOUR HITCH.
# 13,200 LBS.
## CLASS-BEST TOWING.[1]

Ready. Set. Tow. Equip F-150 with the 2nd-generation 3.5L EcoBoost® engine[2] and Max. Trailer Tow Package, and a class-best 13,200 lbs. max. towing capacity[1] is yours. Standard trailer sway control, BLIS® with trailer coverage,[2] and the stabilization benefits of an integrated trailer brake controller[2,3] enhance towing confidence. To prevent you from rolling back on a grade, standard hill start assist momentarily maintains brake pressure until the engine produces enough torque to move F-150 uphill. After you're on the move, maintain a consistent speed on steep grades by locking out the upper gears using the progressive range select feature on both SelectShift® automatic transmissions. Both also feature tow/haul mode, for use when the truck is heavily loaded or when towing.

**2018 F-150** | ford.com

LARIAT SuperCrew® 4x4. Blue Jeans. LARIAT Chrome Package. Max. Trailer Tow Package. Available equipment. [1]When properly configured. See Towing chart on page 33 for maximum ratings by configuration.
[2]Available feature. [3]Trailer brake controller verified to be compatible with electrically actuated drum brakes and certain electric-over-hydraulic brake systems. See your Ford Dealer for details.





**PRO TRAILER BACKUP ASSIST**™[1,2] makes backing up your trailer more intuitive and as easy as turning a knob. Once the system is programmed,[3] simply rotate the knob left or right in the direction you want the trailer to go. The system then automatically steers the truck to turn the trailer the desired amount. You'll spend less time backing up, with improved confidence.




1


2


3


4


5


6

**TRAILER-TOWING PROFICIENCY** is possible with the smart towing technology of Ford F-150. Strategically placed cameras[1] help you see all around F-150. And when hooking up a trailer or navigating it through a crowded site, what you see can make all the difference.

1. While your sideview mirrors are your primary visual aid, Pro Trailer Backup Assist[1,2] features a rear view camera image[4] that allows you to view trailer direction and help determine trailer placement.

2. Easily line up truck and trailer with the guidelines of dynamic hitch assist.[4]

3. Our 360-degree camera with Split-view Display[1,2] works at low speeds in Forward and Reverse. Four cameras let you see all sides of F-150 on the 8" color screen[1] in the center stack.

4. Check pressure in each tire with the standard Individual Tire Pressure Monitoring System.[5] You'll be notified through the productivity screen[6] if any tire's pressure is low. A numerical value will even tell you how low.

5. A Smart Trailer Tow Connector[1] provides instrument cluster alerts about trailer connection status, along with lighting and trailer battery alerts and warnings.[6] If something needs attention, you'll see it here.

6. Track towing information, such as trailer brake controller settings, vehicle pitch and steering angle, and profiles of up to 10 different trailers – including accumulated miles on each.[6]

[1]Available feature. [2]Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. [3]Setup required before use. Go to ProTrailerBackupAssist.com for additional information. [4]Shown on available 8" screen in center stack. [5]Excludes spare. [6]Shown on available 8" productivity screen.



DRIVER ASSIST

Tough looks out for you. And in more ways than ever for 2018. New Pre-Collision Assist with Pedestrian Detection[1] can automatically apply F-150 brakes to help prevent a collision with a vehicle or pedestrian. Other driver-assist features[1] encourage your alertness. Sophisticated radar[1] warns you of vehicles in your blind spots. And a forward-facing camera[1] monitors your road position. They're constantly at your service as you tow, stay centered in or attempt to change lanes, and keep a preset distance from the vehicle in front.



**2018 F-150** | ford.com
**LIMITED SuperCrew® 4x4. Blue Jeans. Available equipment.** [1]Available feature. Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle.





**NEW ADAPTIVE CRUISE CONTROL WITH STOP-AND-GO**[1] scans for slower vehicles in front of you. It can automatically adjust the speed of F-150 to maintain a preset gap from that vehicle. The system can be used at both high and low speeds, and can even follow the vehicle in front of you to a complete stop.

**LANE-KEEPING SYSTEM**[1,2] monitors lane markings and can prompt you to steer back toward center if it detects F-150 drifting unintentionally out of its lane. A Driver Alert System[1] can even warn you in the message center if you could use a break from driving.

**ELECTRIC POWER-ASSISTED STEERING** supplies precise road feel. And because it uses an electric motor instead of a hydraulic pump, steering control can be programmed and utilized by F-150 systems such as active park assist[1] and segment-first Pro Trailer Backup Assist.™[1]

**ADVANCETRAC® WITH RSC®** (Roll Stability Control™)[4] helps keep all 4 wheels firmly planted by selectively applying individual brakes and modifying engine power – enhancing stability in a wide range of driving conditions.

**CROSS-TRAFFIC ALERT**[1] warns you of vehicles approaching from the sides while backing up at low speeds.

**NEW PRE-COLLISION ASSIST WITH PEDESTRIAN DETECTION**[1] can monitor the front of your vehicle's proximity to other vehicles and pedestrians. If a potential collision is detected, the system can alert you with visible and audible warnings. If it determines a collision is imminent, active braking may automatically apply full braking.[3]

**CURVE CONTROL**[4] can actually sense when you're taking a turn too fast. When it does, the system can slow the truck's speed as much as 10 mph in about a second to help you maintain control.

**BLIS® (BLIND SPOT INFORMATION SYSTEM)** with trailer coverage[1,5] warns you if it detects a vehicle in either of your blind spots while driving forward. Its range can be extended for F-150 to include a conventional trailer, once programmed into the system.

**TRAILER SWAY CONTROL** monitors the motions of F-150 when towing to detect trailer sway. If detected, the system selectively applies brakes[4] as needed to help you maintain control of the truck and the trailer.

[1]Available feature. Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. [2]Lane-Keeping System does not control steering. [3]Pre-Collision Assist with Pedestrian Detection can detect pedestrians, but not in all conditions and does not replace safe driving. See owner's manual for system limitations. [4]Remember that even advanced technology cannot overcome the laws of physics. It's always possible to lose control of a vehicle due to inappropriate driver input for the conditions. [5]BLIS replaces standard integrated blind spot mirrors.


BUILT FORD TOUGH



# GET REALLY LOADED.

## CLASS-BEST 3,270 LBS. MAX. PAYLOAD.[1]

Starting with 3 box sizes that range from 5.5' to 8,' Ford F-150 carries the day at work sites and campsites across the nation. In fact, F-150 delivers best-in-class payload 3 times over. When equipped with the upgraded 5.0L V8 engine[2] and Heavy-Duty Payload Package, F-150 leads all competitors with 3,270-lb.[1] max. payload. Next up? A similarly equipped F-150 with the 2nd-generation 3.5L EcoBoost® engine[2] at 3,230-lb. max. payload.[1] Following that? F-150 equipped with the 2nd-generation 2.7L EcoBoost engine[2] and Payload Package at 2,470 lbs.[1] To access the cargo box, steps on all 3 sides[2] include deployable box side steps[2] for all box lengths.

**2018 F-150** | ford.com
XL Regular Cab 4x2. Oxford White. Heavy-Duty Payload Package. Available equipment. [1]When properly configured. See Payload chart on page 34 for maximum ratings by configuration. [2]Available feature.





**INNOVATIVE CARGO BOX FEATURES** on F-150 make accessing the 77.4 cu. ft. of cargo box volume[1] incredibly easy.

1. A new tailgate design features rugged "F-150" stamping on XL through KING RANCH® models.

2. Industry-first remote tailgate release[1] with power remote locking lets you lock, unlock and lower the tailgate – with your key fob.

3. A class-exclusive tailgate step[1] allows you to easily climb into and out of the cargo box. When not in use, it stows inside the tailgate.

4. LED cargo box lighting[1] illuminates the box with forward-facing LEDs. Turn them on with a switch in the bed or on the headlamp control in the cab. LED illumination helps you quickly find items, especially under a tonneau cover.[1]

5. Extending to the end of the tailgate, the stowable bed extender[1] provides 18" of extra carrying space.

6. Class-exclusive stowable loading ramps[1] help you load ATVs and riding lawnmowers simply and easily – without having to lift them into the bed.

7. BoxLink™[1] features 4 removable and lockable premium cleats that provide additional tie-down points to help secure your cargo.

8. Light your worksite into the night with class-exclusive LED sideview mirror spotlights.[1]






# TOUGH NEVER LOOKED BETTER.





2018 F-150 | ford.com





3 new leather trims make their F-150 debut this year. On LIMITED, Navy Pier leather makes it even more of a standout, trimming the 10-way power heated and ventilated multicontour front seats with Active Motion,® as well as the heated steering wheel, center console lid and shifter knob. Genuine Dark Ash Swirl wood trim and Satin Aluminum accents complement the environment, as does Black carpeting with unique floor mats. On PLATINUM, new Dark Marsala leather trim does the honors. For KING RANCH,® see the next page. For 2018, tough looks better than ever.



**SIGNATURE SOUND**
A new B&O PLAY™ Premium Audio System by HARMAN¹ features an AM/FM stereo, single-CD/MP3 player and 10 speakers. By incorporating specifically tailored speaker placement, tuning and calibration, the authentic B&O PLAY sound unlocks the power of your favorite music.

**2018 F-150** | ford.com
LIMITED SuperCrew® 4x4. Leather-trimmed interior in Navy Pier. Available equipment. ¹Available feature.





Kingsville, Texas, is home to the historic King Ranch.® New for 2018, Kingsville leather trim covers the KING RANCH 10-way power heated and ventilated front seats including power lumbar, and flow-through center console lid. Mesa leather trim graces the shifter knob and heated steering wheel. A new B&O PLAY™ Premium Audio System by HARMAN supplies the tunes, while the front and rear seat backs, carpeted floor mats, center console lid and even the wheels are branded with the legendary "Running W" KING RANCH logo. For standout style, add the KING RANCH Chrome Package with 20" chrome-like PVD wheels.

KING RANCH SuperCrew® 4x4. Leather-trimmed interior in Kingsville. Available equipment.





**SYNC APPLINK®[2,6]**
Voice control for your favorite compatible mobile apps
Ford+Alexa ▪ Pandora® ▪ and more

**ANDROID AUTO™ COMPATIBILITY[5]**
Talk to Google Assistant to interact with your Android™ smartphone
Access your favorite music through your apps
Utilize Waze™ or Google Maps™ for voice-guided navigation and estimated travel time

**VOICE-ACTIVATED NAVIGATION[2]**
Turn-by-turn directions
Vivid 3-D maps
Pinch-to-zoom touchscreen capability

**FORDPASS™ SMARTPHONE APP[3]**
Your personal journey assistant
Find fuel and compare prices
Find, reserve and pay for parking in select locations
Get help from our trained team of Ford Guides – available 24/7

**SIRIUSXM® TRAFFIC & TRAVEL LINK®[2,7]**
Complimentary for 5 years
Real-time traffic updates
Fuel station locations and prices
Current and forecasted weather
Movie locations and showtimes
Sports scores

**SYNC CONNECT[2,4]**
Vehicle controls with the FordPass app:
- Remote start your truck and climate control system
- Locate your truck and check approximate fuel range

4G LTE Wi-Fi hotspot:
- Connect your tablets, laptops and smartphones
- Includes complimentary 3-month or 3GB data trial

**APPLE CARPLAY™ COMPATIBILITY[5]**
Use Siri to interact with your iPhone
Access your favorite songs and playlists in Apple Music®
Use Apple Maps for voice-guided navigation and estimated travel time

# SYNC 3
## STAY CONNECTED ON THE MOVE.

Imagine controlling calls, music and more with just a touch and your voice. SYNC® 3[1,2] lets you keep your hands on the wheel while it quickly responds to your spoken requests. Or use the responsive touchscreen in the center of your instrument panel to access its many helpful features. Bring the power of Siri® into F-150 with Siri Eyes Free and your paired iPhone.® The system also features 2 smart-charging USB ports to help keep your devices powered up and ready to go.



2018 F-150 | ford.com

**XLT SuperCab 4x4. Cloth-trimmed XLT Sport interior in Black. Available equipment.** [1]Don't drive while distracted. Use voice-operated systems when possible; don't use handheld devices while driving. Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. [2]Available feature. [3]Available via download and compatible with select smartphone platforms. Learn more at fordpass.com. Message and data rates may apply. [4]Certain restrictions, 3rd-party terms, or message and data rates may apply. See footnote 2 on page 27 and your Ford Dealer for details. [5]Requires phone with active data service and compatible software. SYNC does not control 3rd-party products while in use. 3rd parties are solely responsible for their respective functionality. [6]Commands may vary by phone and AppLink software. [7]Certain restrictions, 3rd-party terms, or message and data rates may apply. See footnote 2 on page 28 and your Ford Dealer for details.


BUILT FORD TOUGH



4 x 4 CAPABILITY

"FX4 Off Road" decals on your pickup box let everyone know you're capable of serious, off-road travels. On XL through PLATINUM 4x4 models, the FX4 Off-Road Package equips your truck to get out there with an electronic-locking rear differential, underbody skid plates that help protect the front differential, transfer case and fuel tank, Hill Descent Control,™ and off-road-tuned shock absorbers. Monitor the action from the driver's seat on the off-road display in the productivity screen.

**NAVIGATE TIGHT SPOTS ON THE TRAIL** by utilizing the 360-degree camera with Split-view Display.¹ Four cameras give you a bird's-eye view, helping you maneuver down narrow trails. To keep your view clear of dust and mud, the forward-facing camera includes a lens washer that's activated whenever the windshield washers are used.



2018 F-150 | ford.com

XLT SuperCrew® 4x4. Shadow Black. FX4 Off-Road Package. Available equipment. ¹Available feature. Can only be used at speeds up to 6 mph.
Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle.





# RAPTOR

Its hardware reads like an off-roader's wish list. High-Output 2nd-generation 3.5L EcoBoost® engine with 510 lb.-ft. of torque.[1] 4-wheel-drive (4WD), Torque-On-Demand® transfer case. 13" of front suspension travel and 13.9" in the rear, giving it monstrous capability beyond the pavement. BFGoodrich® KO2 tires. Bead-lock capable wheels.[2] Plus, an exclusive interior environment with 6 standard auxiliary switches in the overhead console from which to direct all the fun.



**510 LB.-FT. TORQUE**[1]

**450 HORSE POWER**[1]



Terrain Modes

Baja



**SIX SELECTABLE DRIVE MODES** of the Terrain Management System™ allow you to optimize RAPTOR to driving conditions. Three steering modes provide customized steering feedback as well.

**3.0" FOX RACING SHOX™** feature 9-stage bypass damping. Internal bypass technology allows for variable damping rates based on wheel travel, providing exceptional off-road performance while also supplying a smooth on-road ride.

**"2017 *FOUR WHEELER* PICKUP TRUCK OF THE YEAR."** "RAPTOR is the truck equivalent of an amusement park thrill ride," say the editors of *FOUR WHEELER*.

**2018 F-150** | ford.com
RAPTOR SuperCrew® 4x4. Ingot Silver. Available equipment. [1]Ratings achieved with 93-octane fuel. [2]Available feature.



# SPECIAL EFFECTS.

Red and Black merge in dramatic ways – inside and out – on XLT and LARIAT Special Edition Packages. Black running boards, unique bodyside and hood decals, 20" premium Tarnished Dark-painted aluminum wheels, plus dark headlamp housings and a dark honeycomb grille cast a menacing look at street level. Inside, unique accents, finishes and steering wheel complement the exclusive Special Edition Black seats with Red accents.

Top: LARIAT SuperCrew® 4x4. Lead Foot. Special Edition Package. Available equipment.
Bottom: LARIAT Special Edition hood graphic and interior trim.







# STX APPEAL.

Think confident capability – with a touch of swagger. Its monochromatic exterior, Black honeycomb grille with body-color surround, fog lamps, rear privacy glass, STX cargo box decals and 20" machined aluminum wheels define the signature STX look. Inside, you'll find unique Black Sport cloth 40/console/40 front seating, plus a flow-through center console and steering column-mounted gear shifter. Style that works always maintains its appeal.

STX SuperCab 4x4. Lightning Blue. Trailer tow mirrors. Available equipment.

2018 F-150 | ford.com



**X L**







**S T X**



**STANDARD**

17" Silver steel wheels ▪ Black grille, bumpers, mirror caps, and door and tailgate handles ▪ Black front tow hooks (4x4) ▪ Cloth 40/20/40 front seat

**CHROME PACKAGE**[1]

17" Silver-painted aluminum wheels ▪ Chrome bumpers ▪ Fog lamps

**SPORT PACKAGE**[1]

17" Silver-painted aluminum wheels ▪ Body-color bumpers ▪ Fog lamps ▪ SPORT box decals (n/a with FX4 Off-Road Package)

**STX PACKAGE**[1]

20" machined aluminum wheels with Flash Gray-painted pockets ▪ 275/55R20 BSW all-season tires (4x2) ▪ 275/55R20 BSW all-terrain tires (4x4) ▪ Black honeycomb grille with body-color surround ▪ Body-color bumpers ▪ Fog lamps ▪ STX box decals (n/a with FX4 Off-Road Package) ▪ SYNC® 3 with 8" color LCD capacitive touchscreen in center stack and 2 smart-charging USB ports ▪ STX Black sport cloth 40/console/40 front bucket seats with flow-through center console and steering column-mounted shifter ▪ Manual driver and front-passenger lumbar ▪ Front seat back map pockets ▪ Rear privacy glass ▪ Rear-window defroster ▪ Available on XL SuperCab and SuperCrew®; requires Sport Package



STX SuperCrew 4x4. Unique cloth-trimmed interior in Black. Available equipment.

**X L T**









**STANDARD**

17" Silver-painted aluminum wheels ▪ Chrome grille ▪ Chrome bumpers ▪ Black front tow hooks (4x4) ▪ Cloth 40/20/40 front seat

**CHROME PACKAGE**[1]

18" chrome-like PVD wheels ▪ 265/60R18 BSW all-season tires (4x2) ▪ 275/65R18 OWL all-terrain tires (4x4) ▪ Chrome grille with silver accents ▪ Chrome front tow hooks (4x4), door and tailgate handles, step bars and exhaust tip ▪ Available on SuperCab and SuperCrew

**SPORT PACKAGE**[1]

18" 6-spoke machined aluminum wheels with Magnetic-painted pockets ▪ 265/60R18 BSW all-season tires (4x2) ▪ 275/65R18 OWL all-terrain tires (4x4) ▪ Magnetic grille and step bars ▪ Body-color bumpers, wheel-lip moldings, and door and tailgate handles ▪ SPORT box decals (n/a with FX4 Off-Road Package) ▪ Chrome exhaust tip ▪ Unique finish on instrument panel, media bin lid and doors ▪ Black leather-wrapped steering wheel ▪ XLT sport cloth 40/console/40 front bucket seats with flow-through center console and floor shifter ▪ Available on SuperCab and SuperCrew

**SPECIAL EDITION PACKAGE**[1]

20" Premium Tarnished Dark-painted aluminum wheels ▪ 275/55R20 BSW all-season tires (4x2) ▪ 275/55R20 BSW all-terrain tires (4x4) ▪ Black honeycomb grille with body-color surround ▪ Dark headlamp housings ▪ Body-color bumpers, wheel-lip moldings, and door and tailgate handles ▪ Unique bodyside and hood decals[2] ▪ Unique fender and tailgate badging ▪ Chrome exhaust tip ▪ Black running boards ▪ Black leather-wrapped steering wheel with Red stitching ▪ Unique finish on instrument panel, media bin lid and doors ▪ XLT Special Edition Black sport cloth 40/console/40 front seats with Red stitching with flow-through center console and floor shifter ▪ Available on SuperCab and SuperCrew; requires Sport Package



XLT SuperCrew 4x4. Cloth-trimmed interior in Medium Earth Gray. Available equipment.

2018 F-150 | ford.com

[1]Restrictions may apply. See your dealer for details. [2]Decal delete option available.



## LARIAT









**STANDARD**
18" machined aluminum wheels with Flash Gray-painted pockets ▪ Chrome grille ▪ Chrome bumpers ▪ Black front tow hooks (4x4) ▪ Body-color sideview mirror caps, wheel-lip moldings, and door and tailgate handles ▪ Leather-trimmed 40/20/40 front seats

**CHROME PACKAGE[1]**
18" chrome-like PVD wheels ▪ Chrome grille with silver accents ▪ Chrome front tow hooks (4x4), sideview mirror caps, door and tailgate handles, angular step bars, and exhaust tip

**SPORT PACKAGE[1]**
18" 6-spoke machined aluminum wheels with Magnetic-painted pockets (gas engines)[2] ▪ Body-color grille ▪ Body-color bumpers ▪ Magnetic angular step bars ▪ SPORT box decals (n/a with FX4 Off-Road Package) ▪ Chrome exhaust tip ▪ Unique finish on instrument panel, media bin lid and doors ▪ 40/console/40 front bucket seats with flow-through center console and floor shifter

**SPECIAL EDITION PACKAGE[1]**
20" premium Tarnished Dark-painted wheels ▪ 275/55R20 BSW all-season tires (4x2) ▪ 275/55R20 BSW all-terrain tires (4x4) ▪ Dark Foundry honeycomb grille with body-color surround ▪ Dark headlamp housings ▪ Body-color bumpers, and door and tailgate handles ▪ Unique bodyside and hood decals[3] ▪ Unique fender and tailgate badging ▪ Black running boards ▪ Chrome exhaust tip ▪ Black leather-wrapped steering wheel with Red stitching ▪ Unique finish on instrument panel, media bin lid and doors ▪ LARIAT Special Edition Black leather-trimmed 40/console/40 front bucket seats with Red accents with flow-through center console and floor shifter ▪ Available on SuperCrew®; requires Sport Package



LARIAT SuperCrew 4x4. Leather-trimmed interior in Medium Light Camel. Available equipment.

## KING RANCH









**STANDARD**
18" machined aluminum wheels with Flash Gray-painted pockets ▪ Chrome grille with accent-color mesh ▪ Stone Gray bumpers and wheel-lip moldings ▪ Black front tow hooks (4x4) ▪ Two-tone paint with Stone Gray lower accent ▪ Body-color sideview mirror caps and door and tailgate handles ▪ Chrome exhaust tip ▪ Leather-trimmed 40/console/40 front bucket seats with flow-through center console and floor shifter

**CHROME PACKAGE[1]**
20" chrome-like PVD wheels ▪ 275/55R20 BSW all-season tires (4x2) ▪ 275/55R20 OWL all-terrain tires (4x4) ▪ Chrome bumpers, front tow hooks (4x4), sideview mirror caps, and door and tailgate handles ▪ Bright beltline moldings ▪ Satin-aluminum tailgate appliqué

**MONOCHROME PACKAGE[1]**
Monochromatic paint ▪ Body-color wheel-lip moldings ▪ Requires KING RANCH® Chrome Package

KING RANCH SuperCrew 4x4. Leather-trimmed interior in Kingsville. Available equipment.

[1]Restrictions may apply. See your dealer for details. [2]Diesel engine requires 20" wheels. [3]Decal delete option available.



## PLATINUM

**STANDARD**

20" polished aluminum wheels ▪ Satin-aluminum grille with silver mesh ▪ Body-color bumpers and wheel-lip moldings ▪ Chrome front tow hooks (4x4), sideview mirror caps, door and tailgate handles, and exhaust tip ▪ Bright beltline moldings ▪ Power-deployable running boards ▪ Satin-aluminum tailgate appliqué ▪ Leather-trimmed multicontour 40/console/40 front seats with Active Motion,® flow-through center console and floor shifter





PLATINUM SuperCrew® 4x4. Leather-trimmed interior in Dark Marsala. Available equipment.

## LIMITED

**STANDARD**

22" polished aluminum wheels ▪ LIMITED hood lettering ▪ Satin-aluminum grille with chrome accents ▪ Body-color bumpers, sideview mirror caps, and wheel-lip moldings ▪ Chrome front tow hooks (4x4) ▪ Satin-aluminum door and tailgate handles and exhaust tip ▪ Bright beltline moldings ▪ Power-deployable running boards ▪ Satin-aluminum tailgate appliqué ▪ Leather-trimmed multicontour 40/console/40 front bucket seats with Active Motion, flow-through center console and floor shifter



LIMITED SuperCrew 4x4. Leather-trimmed interior in Navy Pier. Available equipment.



## RAPTOR

**STANDARD**

17" cast-aluminum wheels ▪ Magnetic-painted FORD grille with Black mesh ▪ Black headlamp and taillamp housings ▪ Magnetic front performance bumper ▪ Black front and rear tow hooks ▪ Heavy-duty front and engine skid plates ▪ Flared front fenders with air extractors, flared pickup box outers, and hood with air extractors ▪ Black sideview mirror caps and door and tailgate handles ▪ Unique front and rear wheel-lip moldings ▪ Integrated clearance lamps ▪ Cast-aluminum low-profile running boards ▪ Dual exhaust with dual tailpipes under the rear bumper ▪ Magnetic rear bumper ▪ RAPTOR Black cloth 40/console/40 front bucket seats with unique seat back bolsters and flow-through center console and floor shifter ▪ Steering wheel-mounted paddle shifters ▪ 6 upfitter switches located in the overhead console

**INTERIOR COLOR ACCENT PACKAGE**[1]

Aluminum dash panels ▪ Unique finish on instrument panel and doors ▪ Unique Black leather-trimmed seats with Orange accents



RAPTOR SuperCrew 4x4. Leather-trimmed interior in Black with Dark Earth Gray accents. Available equipment.

RAPTOR SuperCrew 4x4. Leather-trimmed interior in Black with Orange accents. Available equipment.



2018 F-150 | ford.com

[1]Restrictions may apply. See your dealer for details.



# STANDARD FEATURES

## Mechanical

2-stage variable-rate leaf spring rear suspension

2-ton mechanical jack (heavy-duty on RAPTOR)

4-pin trailer tow wiring with ball-mounting provisions in rear bumper

4-wheel vented disc brakes with Anti-Lock Brake System (ABS) and electronic brakeforce distribution (EBD)

100,000-mile tune-up interval (under normal driving conditions with routine fluid and filter changes)

Active Grille Shutters

Auto Start-Stop Technology

Dual-note horn

Easy Fuel® capless fuel filler

Electric power-assisted rack-and-pinion steering

Fail-Safe Engine Cooling System

Front stabilizer bar

Fully boxed steel frame

Long-spindle, double-wishbone, coil-over-shock, independent front suspension

Spare wheel and tire with lock and rear under-frame carrier

## Driver-Assist Technology

Autolamp automatic on/off headlamps with rainlamp feature

Hill start assist

## Interior

12V powerpoint

Air conditioning

Assist/grab handles – Driver and right-front passenger

Assist/grab handles – Rear outboard positions (SuperCrew®)

Cabin air filter

Coat hooks (2)

Cupholders – 2 in front and 1 in each front-door map pocket

Driver and front-passenger sun visors

Gauges for fuel, oil pressure, transmission and engine coolant temperature; tachometer; speedometer; and odometer

LED front dome/map lights

Outside temperature display

## Exterior

Black pickup box top and tailgate moldings

Center high-mounted stop lamp with integrated cargo lamp

Configurable daytime running lamps

Intermittent windshield wipers

Lockable and removable tailgate

Pickup box with 4 cargo tie-down hooks

## Safety & Security

Personal Safety System™ for driver and right-front passenger includes dual-stage front airbags[1], safety belt pretensioners, safety belt energy-management retractors, safety belt usage sensors, driver's seat position sensor, crash severity sensor, restraint control module and Front-Passenger Sensing System

Front-seat side airbags[1] and Safety Canopy® System with side-curtain airbags[1] and rollover sensor

3-point safety belts in front (all models) and rear (SuperCab and SuperCrew)

AdvanceTrac® with RSC® (Roll Stability Control™) and Curve Control

Alert chimes for headlamps-on, key-in-ignition and front safety belts

Belt-Minder® front safety belt reminder

Brake/shift interlock

Fuel pump inertia shutoff

Individual Tire Pressure Monitoring System (excludes spare)

LATCH – Lower Anchors and Tether Anchors for Children

Rear view camera with dynamic hitch assist

SecuriLock® Passive Anti-Theft System

Side-intrusion door beams (front all models; front and rear on SuperCrew)

SOS Post-Crash Alert System™

Trailer sway control

# POWERTRAINS

| | 3.3L Ti-VCT V6 FFV | 2.7L EcoBoost V6 | 5.0L Ti-VCT V8 FFV | 3.5L EcoBoost V6 | High-Output 3.5L EcoBoost V6 | 3.0L Power Stroke® V6 Turbo Diesel |
|---|---|---|---|---|---|---|
| Horsepower | 290 @ 6,500 rpm | 325 @ 5,000 rpm | 395 @ 5,750 rpm | 375 @ 5,000 rpm | 450 @ 5,000 rpm[8] | 250 @ 3,250 rpm |
| Torque | 265 lb.-ft. @ 4,000 rpm | 400 lb.-ft. @ 2,750 rpm | 400 lb.-ft. @ 4,500 rpm | 470 lb.-ft. @ 3,500 rpm | 510 lb.-ft. @ 3,500 rpm[8] | 440 lb.-ft. @ 1,750 rpm |
| EPA-estimated ratings[2] | 19 city/25 hwy/ 22 combined mpg | 20 city/26 hwy/ 22 combined mpg | 17 city/23 hwy/ 19 combined mpg | 18 city/25 hwy/ 21 combined mpg | 15 city/18 hwy/ 16 combined mpg | 22 city/30 hwy/ 25 combined mpg |
| Induction system | Naturally aspirated | Twin-turbocharged intercooled | Naturally aspirated | Twin-turbocharged intercooled | Twin-turbocharged intercooled | Variable-geometry turbocharger; intercooled |
| Recommended fuel | Regular unleaded or E85 | Regular unleaded | Regular unleaded or E85 | Regular unleaded | Regular unleaded | Ultra-low-sulfur diesel or B20 (containing 20% or less biodiesel) |
| Transmission | 6-speed SelectShift® automatic with selectable drive modes | 10-speed SelectShift automatic with progressive range select and selectable drive modes | 10-speed SelectShift automatic with progressive range select and selectable drive modes | 10-speed SelectShift automatic with progressive range select and selectable drive modes | 10-speed SelectShift automatic with tow/haul and Terrain Management System™ | 10-speed SelectShift automatic with progressive range select and selectable drive modes |
| Standard availability | XL,[3] XLT[3] | XL,[4] XLT,[5] LARIAT[5] | XL,[5] XLT,[6] LARIAT[6] KING RANCH,® PLATINUM | LIMITED | RAPTOR | |
| Optional availability | | XL,[5] XLT[5] | XL, XLT, LARIAT | XL,[7] XLT,[7] LARIAT, KING RANCH, PLATINUM | | XL (Fleet only), XLT (Fleet only), LARIAT,[9] KING RANCH, PLATINUM |

[1]Always wear your safety belt and follow airbag warning label instructions. [2]F-150 4x2. Actual mileage will vary. [3]122.5" WB, 141.1" WB and 145.0" WB only. [4]4x2 156.8" WB and 4x2 163.7" WB only. [5]Not available with 4x4 156.8" WB or 4x4 163.7" WB. [6]4x4 156.8" WB and 4x4 163.7" WB only. [7]Not available with 122.5" WB. [8]Horsepower and torque ratings achieved with 93-octane fuel. [9]Not available with 163.7" WB.



**BUILD YOUR F-150** | S : Standard   O : Optional   P : Package Content

### Mechanical

| | XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|---|---|
| Axle – Rear, 3.15 non-limited-slip¹ | S | S | S | S | S | S | |
| Axle – Rear, 3.31 non-limited-slip¹ | S | S | S | S | S | S | |
| Axle – Rear, 3.55 non-limited-slip¹ | S | S | S | S | S | S | |
| Axle – Rear, 3.73 non-limited-slip¹ | S/o | S/o | | | | | |
| Axle – Rear, 3.15 electronic-locking¹ | O | O | O | O | O | O | |
| Axle – Rear, 3.31 electronic-locking¹ | O | O | O | O | O | O | |
| Axle – Rear, 3.55 electronic-locking¹ | O | O | O | O | O | O | |
| Axle – Rear, 3.73 electronic-locking¹ | O | O | O | O | O | O | |
| Axle – Rear, 4.10 electronic-locking | | | | | | | S |
| Axle – Front, 4.10 with TORSEN® differential | | | | | | | O |
| Drivetrain – 4x2 | S | S | S | S | | | |
| Drivetrain – 4x4 | O | O | O | O | O | S | S |
| Engine block heater (diesel engine; standard where required) | | | O | O | O | | |
| Fuel tank – 23-gallon¹ (Regular Cab and SuperCab) | S | S | S | S | | | |
| Fuel tank – 26-gallon¹ (SuperCrew® and RAPTOR SuperCab) | S | S | S | S | | | |
| Fuel tank – Extended-range 36-gallon capacity¹ (standard on RAPTOR SuperCrew; n/a with diesel) | O | O | O | O | O | S | |
| Long-travel front suspension with unique front upper and lower control arms and unique tie-rods | | | | | | | S |
| Parking brake – Electronic | S | S | S | S | | | |
| Parking brake – Mechanical | | | | | | | S |
| Shocks – Gas-pressurized twin-tube front and staggered, outboard-mounted rear shock absorbers | S | S | S | S | S | | |
| Shocks – Front and rear high-performance off-road, FOX Racing Shox™ | | | | | | | S |
| Trailer brake controller¹ | O | O | O | S | S | | |
| Transfer case – Electronic shift-on-the-fly (ESOF) with neutral towing capability (4x4) | S | S | | | | | |
| Transfer case – 2-speed automatic 4WD with neutral towing capability (4x4; includes mechanical-locking 4WD on RAPTOR) | | | S | S | S | S | |

### Driver-Assist Technology

| | XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|---|---|
| 360-degree camera with Split-view Display¹ | | | P | P | P | S | |
| Active park assist | | | P | P | P | S | |
| Adaptive Cruise Control with Stop-and-Go and Pre-Collision Assist with Pedestrian Detection¹ | | | O | O | P | S | P |
| BLIS® (Blind Spot Information System) with trailer coverage and cross-traffic alert¹ (includes LED taillamps on XLT and LARIAT) | | O | P | P | S | O | |
| Hill Descent Control™ (includes Off-Road Mode on RAPTOR) | | P | P | P | P | P | |
| Lane-Keeping System | | | P | P | P | S | |
| Pro Trailer Backup Assist™ with trailer hookup lamp¹ | | P | P | P | P | P | O |
| Rain-sensing windshield wipers | | | P | S | S | P | |
| Reverse Sensing System¹ | O | O | | S | S | | P |
| SYNC® Voice Recognition Communications and Entertainment System with 4.2" color LCD screen in center stack, 911 Assist,® AppLink® and 1 smart-charging USB port | P | S | | | | | |
| SYNC 3 with 8" color LCD capacitive touchscreen in center stack, 911 Assist, AppLink, Apple CarPlay™ compatibility, Android Auto™ compatibility, and 2 smart-charging USB ports | P | O | S | S | S | | P |
| SYNC Connect² embedded 4G LTE modem powered by FordPass™ App³ (includes Wi-Fi hotspot capability; Wi-Fi hotspot capability n/a on RAPTOR)¹ | | O | O | S | S | S | P |

### Seating

| | XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|---|---|
| 2-way adjustable driver and right-front-passenger head restraints | S | | | | | | |
| 4-way adjustable driver and right-front-passenger head restraints | P | S | S | S | S | S | |
| 40/20/40 front seat with folding armrest with storage | S | S | | | | | |
| 40/console/40 front bucket seats with flow-through console¹ | O | O | S | | | | |
| Multicontour 40/console/40 front bucket seats with Active Motion® and flow-through console | | | | P | S | S | |
| 2-way manual driver and right-front-passenger | S | | | | | | |
| 2-way manual driver and right-front-passenger with manual lumbar | | S | | | | | |
| 10-way power driver (includes power lumbar) and 2-way manual right-front-passenger (with manual lumbar) | | P | | | | | S |
| 10-way power driver and right-front-passenger (includes power lumbar) | | P | S | S | P | | |
| Heated and ventilated driver and right-front-passenger seats with memory driver's seat¹ | | | S | S | P | | |
| Front center underseat storage | | | S | S | | | |
| 60/40 split one-touch flip-up rear seat (SuperCab and SuperCrew) | | | P | | | | |
| 60/40 split one-touch flip-up rear seat with underseat storage (SuperCrew includes folding armrest with cupholders) | | | P | S | S | S | P |
| Heated rear outboard seats¹ (SuperCrew) | | | P | S | S | S | |
| Trim – Cloth front and rear | S | S | | | | | |
| Trim – Leather-trimmed front with vinyl rear on SuperCab; leather-trimmed rear on SuperCrew | | | S | S | S | S | P |
| Trim – Vinyl front and rear¹ | O | | | | | | |

¹Restrictions may apply. See your dealer for details. ²SYNC Connect includes complimentary 5-year subscription for remote features, excluding Wi-Fi hotspot, and starts with vehicle sale date. Subscription is subject to compatible 4G network availability. Certain restrictions, 3rd-party terms, or message and data rates may apply. Evolving technology/cellular networks may affect future functionality. Wi-Fi hotspot includes complimentary wireless data trial that begins upon AT&T activation and expires at the end of 3 months or when 3GB of data is used, whichever comes first, but cannot extend beyond the complimentary 5-year subscription period for remote features. To activate, go to www.att.com/ford. ³FordPass smartphone app, for use with SYNC Connect, is available via download and compatible with select smartphone platforms. FordPass is on the App Store® and Google Play.™ Learn more at fordpass.com. Message and data rates may apply.



**BUILD YOUR F-150** | S : Standard   O : Optional   P : Package Content

### Interior

| XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR | |
|---|---|---|---|---|---|---|---|
| S | | | | | | | AM/FM stereo (includes 4 speakers on Regular Cab and 6 speakers on SuperCab and SuperCrew®) |
| O | S | S | | | | S | AM/FM stereo/single-CD player[1] (includes 4 speakers on Regular Cab and 6 speakers on SuperCab and SuperCrew) |
| | | | O | S | S | S | B&O PLAY™ Premium Audio System by HARMAN with HD Radio™ single-CD/MP3 player, and 10 speakers including subwoofer[1] |
| | O | O | S | S | S | | Voice-activated Navigation System with pinch-to-zoom capability, and integrated SiriusXM® Traffic and Travel Link™ services with 5-year subscription[1,2] |
| O | P | S | S | S | S | | SiriusXM Radio with 6-month All Access trial subscription[1,2] |
| O | O | | | | | O | Audio Upgrade by KICKER® switches 8" subwoofer with an integrated 100-watt digital amplifier[1] (SuperCab and SuperCrew) |
| S | S | | | | | | 2.3" productivity screen in instrument cluster |
| P | P | | | | | S | 4.2" productivity screen in instrument cluster |
| | | | | | | | 8" productivity screen in instrument cluster |
| S | S | | | | | S | 4.2" screen in center stack |
| S | O | O | S | S | S | S | 110V/400W AC power outlet[1] (1 on center stack with 40/20/40 front seat; 1 additional on back of center console with front bucket seats with flow-through center console; SuperCab and SuperCrew) |
| | S | S | | | | S | Accessory delay for power features |
| | | | S | S | S | P | Ambient lighting |
| O | O | S | | | | P | Auto-dimming rearview mirror[1] |
| S | | | | | | S | Auxiliary audio input jack (n/a with SYNC®) |
| P | S | S | | | | P | Cruise control |
| | | | S | | | | Door-sill scuff plates – Metallic insert with KING RANCH lettering and running "W" logo |
| | | | | S | | | Door-sill scuff plates – Metallic insert with PLATINUM lettering |
| | | | | | S | | Door-sill scuff plates – Metallic insert with illuminated LIMITED lettering |
| | | | | | | S | Door-sill scuff plates – Metallic insert with FORD PERFORMANCE lettering |
| | | S | S | S | S | S | Dual-zone electronic automatic temperature control |
| O | O | O | O | O | O | S | Floor liners[1] |
| S | O | | | | | O | Flooring – Black vinyl[1] |
| O | S | S | | | | | Flooring – Color-coordinated carpet[1] |
| O | S | S | S | S | S | S | Flooring – Color-coordinated carpeted floor mats[1] |

| XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR | |
|---|---|---|---|---|---|---|---|
| | | S | S | S | S | P | Intelligent Access with push-button start |
| P | S | S | S | S | S | P | MyKey® technology to help encourage responsible driving |
| | | | | P | S | S | Overhead console-mounted upfitter switches (6) |
| | | S | S | S | S | | Power-adjustable accelerator and brake pedals with memory |
| P | S | S | S | S | S | | Power door and tailgate locks with autolock |
| P | P | S | S | S | S | | Power windows with front one-touch-up/-down feature |
| S | | | | | | | Rear window – Fixed glass with solar tint |
| O | O | | | | | | Rear window – Fixed glass with privacy tint |
| O | | | | | | | Rear window – Fixed glass with privacy tint and defroster[1] |
| | | | | S | | | Rear window – Power-sliding with privacy tint and defroster[1] (SuperCab and SuperCrew) |
| O | | | | | | | Remote Start System[1] |
| S | S | S | | | | S | Shifter – Steering column-mounted |
| | | P | S | S | S | S | Shifter – Floor-mounted (located in flow-through center console) |
| O | O | O | O | O | O | O | Smoker's Pack with ash cup/coin holder |
| S | S | S | | | | S | Steering column – Manual-tilt/-telescoping with manual locking |
| | | P | S | S | S | | Steering column – Power-tilt/-telescoping with memory and electronic locking |
| S | | | | | | | Steering wheel – Black urethane |
| P | S | S | S | S | S | | Steering wheel – Leather-wrapped with audio controls |
| | | P | S | S | S | | Steering wheel – Heated[1] |
| | | | | | | S | Steering wheel – Unique with thumb pads and center marker |
| | | | S | | | | Trim – Woodgrain interior trim accents |
| | | S | | S | S | | Trim – Genuine wood interior trim accents |
| | | | | S | | | Trim – Unique instrument panel center stack and door-trim appliqués |
| | | P | S | S | S | P | Universal garage door opener |
| S | | | | | | | Visors – Passenger-side vanity mirror |
| | | S | | | | | Visors – Covered vanity mirrors |
| | | | S | S | S | | Visors – Covered and illuminated vanity mirrors |

### Exterior

| XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR | |
|---|---|---|---|---|---|---|---|
| O | O | O | O | O | O | O | Bed divider[1] |
| O | O | O | O | O | O | O | Bedliner – Plastic drop-in |
| O | O | O | O | O | O | O | Bedliner – Tough Bed® spray-in |

| XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR | |
|---|---|---|---|---|---|---|---|
| O | O | O | O | O | O | | Box side steps[1] |
| O | O | O | O | O | O | | BoxLink™ with 4 premium locking cleats |
| | | | | P | S | S | Bright beltline moldings |
| S | | | | | | | Bumpers – Black |
| | P | S | P | | | | Bumpers – Chrome |
| | | | P | | | | Bumpers – Stone Gray |
| | | | | P | P | | Bumpers – Body-color |
| | | | | | | S | Bumpers – Magnetic |
| O | | | | | | | Cab steps – Black step bars[1] (Regular Cab) |
| O | | | | | | | Cab steps – Black platform running boards[1] |
| | | | S | | | | Cab steps – Accent-color 6" angular step bars |
| | | | | S | | | Cab steps – Cast-aluminum low-profile running boards |
| | O | | | | | | Cab steps – Chrome step bars[1] |
| | | O | P | | | | Cab steps – Chrome angular step bars[1] |
| | | O | P | S | S | | Cab steps – Power-deployable running boards[1] |
| S | S | | | | | P | Door and tailgate handles – Black |
| | P | S | P | | | | Door and tailgate handles – Body-color |
| | P | P | S | | | | Door and tailgate handles – Chrome |
| | | | | S | | | Door and tailgate handles – Satin-aluminum |
| | P | P | S | S | | | Exhaust – Chrome tip |
| | | | | | S | | Exhaust – Satin-aluminum tip |
| | | | | | | S | Exhaust – Dual with dual tailpipes |
| O | S | S | | | | | Fog lamps – Halogen[1] |
| | | | P | S | S | S | Fog lamps – LED |
| O | O | O | O | O | O | O | Front license plate bracket (standard where required) |
| S | | | | | | | Grille – Black |
| | S | S | | | | | Grille – Chrome |
| | | | S | | | | Grille – Chrome with accent-color mesh |
| | | | | S | | | Grille – Satin-aluminum with silver mesh |
| | | | | | S | | Grille – Satin-aluminum with chrome accents |
| | | | | | | S | Grille – Magnetic-painted FORD insert and surround with Black mesh |
| S | S | S | | | | | Headlamps – Halogen |
| | | | P | S | S | P | Headlamps – Quad-beam LED with auto high beams |
| | | | | | | S | Headlamps – Quad-beam LED |

[1]Restrictions may apply. See your dealer for details. [2]After your trial period ends, SiriusXM audio and data services each require a subscription, sold separately, or as a package, by Sirius XM Radio Inc. See SiriusXM Customer Agreement for complete terms at www.siriusxm.com. All fees and programming subject to change. Trial subscriptions not available in AK and HI.



# BUILD YOUR F-150 | S: Standard   O: Optional   P: Package Content

## Exterior (continued)

| Feature | XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|---|---|
| LED taillamps[1] | | P | P | S | S | S | S |
| Lighting – Integrated clearance lamps | | | | | | | S |
| Lighting – LED cargo box[1] | | O | S | S | S | S | S |
| Lighting – Trailer hookup light[1] | P | P | S | S | S | S | P |
| Mirror caps – Black[1] | S | S | | | | | S |
| Mirror caps – Body-color[1] | | | S | S | | | |
| Mirror caps – Chrome[1] | | P | P | S | | | |
| Mirrors – Manual-folding sideview with manual glass | S | | | | | | |
| Mirrors – Manual-folding sideview with power glass | P | S | | | | | |
| Mirrors – Manual-folding sideview with power, heated glass and integrated turn signal indicators[1] | O | O | | | | | S |
| Mirrors – Power-folding sideview with power, heated glass, memory, integrated turn signal indicators, high-intensity LED security approach lamps, and driver's side auto-dimming feature | | | S | S | S | S | |
| Mirrors – Manual-folding/-telescoping trailer tow with manual glass[1] | | | | | | | S |
| Mirrors – Manual-folding/-telescoping trailer tow with power, heated glass, and integrated turn signal indicators[1] | O | O | | | | | S |
| Mirrors – PowerScope® power-telescoping/-folding trailer tow with power, heated glass, memory, integrated turn signal indicators, high-intensity LED security approach lamps, LED spotlights, and driver's side auto-dimming feature[1] (requires Trailer Tow Package or Max. Trailer Tow Package) | | | O | O | O | | |
| Mirrors – LED sideview mirror spotlights with high-intensity LED security approach lamps[1] | O | O | O | S | S | | O |
| Moonroof – Single-panel[1] (SuperCab) | | O | O | | | | |
| Moonroof – Twin-panel[1] (SuperCrew®) | | O | O | O | O | O | |
| Remote tailgate release[1] | | | | P | S | S | |
| Skid plates – Front differential, transfer case and fuel tank[1] (4x4) | O | P | P | P | P | | |
| Skid plates – Heavy-duty, front and engine | | | | | | | S |
| Stowable bed extender[1] | | | | | | | S |
| Stowable loading ramps[1] | | O | O | O | O | O | |
| Tailgate appliqué – Satin-aluminum-finish | | | | P | S | S | |
| Tailgate appliqué – Magnetic-painted with FORD lettering (can be deleted) | | | | | | | P |
| Tailgate step with step, grab bar and tailgate lift assist[1] | O | O | O | O | O | O | O |

| Feature | XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|---|---|
| Tonneau cover – Hard-folding by Advantage[1,2] | O | O | O | O | O | O | O |
| Tonneau cover – Soft-folding by Advantage[1,2] | O | O | O | O | O | O | O |
| Toolbox – Crossbed storage box[1] | O | O | O | O | O | O | O |
| Tow hooks – 2 in front, Black (4x4) | S | S | S | | | | S |
| Tow hooks – 2 in front, chrome (4x4) | | P | P | P | S | S | |
| Tow hooks – 2 in rear, Black | | | | | S | S | O |
| Two-tone paint with Magnetic lower accent color[1] (includes Magnetic bumpers) | | O | | | | | |
| Two-tone paint with Stone Gray lower accent color[1] (includes Stone Gray bumpers and wheel-lip moldings) | | O | | | | | |
| Wheel-lip moldings – Body-color | | | | P | S | | |
| Wheel-lip moldings – Stone Gray | | | | P | S | | |
| Wheel-lip moldings – Unique Magnetic-painted | | | | | | | S |
| Wheel-well liners, rear[1] | O | O | O | O | O | O | |
| Windshield wiper de-icer | O | O | O | O | O | O | |

## Safety & Security

| Feature | XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|---|---|
| Advanced Security Pack includes SecuriLock® Passive Anti-Theft System and inclination/intrusion sensors | | | S | S | S | S | S |
| Illuminated Entry System | P | S | S | S | S | S | O |
| Inflatable rear safety belts in outboard seating positions[1] (SuperCrew) | O | O | P | S | S | | O |
| Perimeter alarm | P | S | S | S | S | S | O |
| Remote Keyless Entry System with 2 integrated keyhead transmitter remotes with panic button | P | S | S | S | S | S | O |
| SecuriCode™ keyless entry keypad | | S | S | S | S | S | O |

## Equipment Groups

**Equipment Group 101A: XL Power Equipment Group** includes power door locks with autolock; power tailgate lock; Remote Keyless Entry System with 2 integrated keyhead transmitter remotes; power windows; manual-folding sideview mirrors with power glass; Illuminated Entry System; MyKey®; and perimeter alarm + AM/FM stereo/single-CD player with clock (includes 4 speakers on Regular Cab and 6 speakers on SuperCab and SuperCrew) + cruise control + 4.2" screen with audio controls in center stack + 4.2" productivity screen in instrument cluster + SYNC®

| Equipment Group | XL | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|---|
| 301A | O | | | | | |
| 302A | O | | | | | |
| 501A | | O | | | | |
| 502A | | O | | | | |
| 601A | | | O | | | |

***Equipment Group 301A: Class IV Trailer Hitch*** (see content under Packages) + fixed rear-window glass with privacy tint and defroster + 10-way power driver's seat + 4.2" productivity screen in instrument cluster + manual-folding sideview mirrors with power, heated glass and integrated turn signal indicators + auto-dimming rearview mirror + leather-wrapped steering wheel + power-adjustable pedals + rear underseat storage (SuperCab and SuperCrew) + SiriusXM® Radio with 6-month All Access trial subscription[3]

***Equipment Group 302A*** (SuperCab and SuperCrew): includes all content of 301A + XLT Chrome Package (see content on page 23) + SYNC 3 + Remote Start System + Reverse Sensing System + 10-way power, heated driver and front-passenger seats

***Equipment Group 501A: BLIS®*** (Blind Spot Information System) with trailer coverage and cross-traffic alert + Remote Start System + remote tailgate release + Reverse Sensing System + power-folding sideview mirrors with power, heated glass, memory, integrated turn signal indicators, high-intensity LED security approach lamps, LED spotlights and driver's side auto-dimming feature + 110V/400W AC power outlet on center stack + universal garage door opener

***Equipment Group 502A[1]:*** includes all content of 501A + LARIAT Chrome Package (see content on page 24) + 10-way power heated and ventilated front bucket seats, memory driver's seat and flow-through center console with floor shifter + heated rear outboard seats (SuperCrew) + SYNC Connect[4] + 110V/400W AC power outlet on back of center console + B&O PLAY™ Premium Audio System by HARMAN with HD Radio™ + voice-activated Navigation System + power-tilt/-telescoping steering column with memory and electronic locking + heated steering wheel + quad-beam LED headlamps with auto high beams + LED taillamps + LED fog lamps + rain-sensing windshield wipers + windshield wiper de-icer

***Equipment Group 601A:*** tailgate step with step, grab bar and tailgate lift assist + BLIS (Blind Spot Information System) with trailer coverage and cross-traffic alert + multicontour front bucket seats with Active Motion® + inflatable rear safety belts in outboard seating positions + power-deployable running boards + 20" machined aluminum wheels with Light Caribou-painted pockets + 275/55R20 BSW all-season tires (4x2) or 275/55R20 OWL all-terrain tires (4x4)

[1]Restrictions may apply. See your dealer for details. [2]Ford Licensed Accessory. [3]After your trial period ends, SiriusXM audio and data services each require a subscription sold separately, or as a package, by Sirius XM Radio Inc. See SiriusXM Customer Agreement for complete terms at www.siriusxm.com. All fees and programming subject to change. Trial subscriptions not available in AK and HI. [4]SYNC Connect includes complimentary 5-year subscription for remote features, excluding Wi-Fi hotspot, and starts with vehicle sale date. Subscription is subject to compatible 4G network availability. Certain restrictions, 3rd-party terms, or message and data rates may apply. Evolving technology/cellular networks may affect future functionality. Wi-Fi hotspot includes complimentary wireless data trial that begins upon AT&T activation and expires at the end of 3 months or when 3GB of data is used, whichever comes first, but cannot extend beyond the complimentary 5-year subscription period for remote features. To activate, go to www.att.com/ford.





**BUILD YOUR F-150**  |  S: Standard  O: Optional  P: Package Content

## Equipment Groups (continued)

| Feature | XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|---|---|
| *Equipment Group 701A: Technology Package* (see content under Packages) + Adaptive Cruise Control with Stop-and-Go and Pre-Collision Assist with Pedestrian Detection + tailgate step with step, grab bar and tailgate lift assist | | | | | O | | |
| *Equipment Group 801A:* 10-way power heated driver and front-passenger seats + leather-trimmed seats + power-adjustable pedals + power-sliding rear window with privacy tint and defroster + SYNC® 3 + Magnetic-painted tailgate appliqué with FORD lettering | | | | | O | | |
| *Equipment Group 802A:* includes all content of 801A + 4.10 front axle with TORSEN® differential + heated and ventilated front seats with memory driver's seat + 360-degree camera + Advanced Security Pack (includes SecuriLock® Passive Anti-Theft System and inclination/intrusion sensors) + ambient lighting + BLIS® (Blind Spot Information System) with trailer coverage and cross-traffic alert + dual-zone electronic automatic temperature control + SYNC Connect¹ + inflatable rear safety belts in outboard seating positions (SuperCrew®) + trailer brake controller + LED cargo box lighting + power-adjustable pedals with memory + Intelligent Access with push-button start + power-folding sideview mirrors with power, heated glass, memory, integrated turn signal indicators, high-intensity LED security approach lamps, LED spotlights, driver's side auto-dimming feature, and body-color caps + body-color door and tailgate handles + power-tilt/-telescoping steering column with memory + heated steering wheel + Pro Trailer Backup Assist™ + Remote Start System + remote tailgate release + B&O PLAY™ Premium Audio System by HARMAN with HD Radio™ + universal garage door opener + voice-activated Navigation System | | | | | O | | |

## Packages

| Feature | XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|---|---|
| XLT Power Equipment Group²: 110V/400W AC power outlet (1 on center stack with 40/20/40 front seat; 1 additional on back of center console with front bucket seats and flow-through center console), power-sliding rear window with privacy glass and defroster, and LED cargo box lighting | | O | | | | | |
| Technology Package²: Lane-Keeping System, active park assist, and 360-degree camera with Split-View Display | | | | O | O | O | S |
| FX4 Off-Road Package² (4x4): electronic-locking rear axle, FX4 Off-Road box decals, Hill Descent Control,™ off-road-tuned shock absorbers, and skid plates for fuel tank, transfer case and front differential | O | O | O | O | O | | |

| Feature | XL | XLT | LARIAT | KING RANCH | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|---|---|
| 2.7L EcoBoost® Payload Package²: 3.73 electronic-locking rear axle and 9.75" gearset | O | O | | | | | |
| Heavy-Duty Payload Package² (n/a with diesel): 3.73 electronic-locking rear axle, 9.75" gearset, 36-gallon fuel tank, upgraded springs, 17" silver heavy-duty steel wheels with LT245/70R17E BSW all-terrain tires on XL, and 18" silver heavy-duty aluminum wheels with LT275/65R18C OWL all-terrain tires on XLT and LARIAT | O | O | O | | | | |
| Class IV Trailer Hitch² (towing capability up to 6,000 lbs. with the 3.3L Ti-VCT V6 and 2.7L EcoBoost engines; towing capability up to 7,000 lbs. with the 3.5L EcoBoost, 5.0L V8, and 3.0L diesel engines): 4-pin/7-pin wiring harness, Class IV trailer hitch receiver and Smart Trailer Tow Connector | O | O | S | S | S | S | |
| Trailer Tow Package² (required for towing up to 11,400 lbs.): 4-pin/7-pin wiring harness, Class IV trailer hitch receiver, Smart Trailer Tow Connector, and upgraded front stabilizer bar | O | | | | | | S |
| Trailer Tow Package² + Pro Trailer Backup Assist with trailer hookup lamp | O | O | O | O | O | | |
| Max. Trailer Tow Package² (required for towing up to 13,200 lbs.; requires 3.5L EcoBoost engine): 3.55 electronic-locking rear axle (3.73 with Heavy-Duty Payload Package), 4-pin/7-pin wiring harness, 36-gallon fuel tank, Class IV trailer hitch receiver, Smart Trailer Tow Connector, trailer brake controller, upgraded front stabilizer bar, and upgraded rear bumper | O | | | | | | |
| Max. Trailer Tow Package² + Pro Trailer Backup Assist with trailer hookup lamp | O | O | O | O | O | | |
| Snow Plow Prep Package³ (4x4; requires 5.0L V8 engine): preselected springs and snow plow mode with dash-mounted button (replaces standard 2-speed automatic 4WD with ESOF on LARIAT) | O | O | O | | | | |
| CNG/Propane Gaseous Engine Prep Package² (requires 5.0L V8 engine): hardened engine intake valves and valve seats | O | O | | | | | |
| Carbon Fiber Package²: carbon fiber dash, media bin lid, shift knob and door-trim appliqués | | | | | | | O |
| Exterior Graphics Package: box side RAPTOR graphics | | | | | | | O |
| Hood Graphics Package | | | | | | | O |
| RAPTOR Technology Package³: Lane-Keeping System, auto high-beam headlamps, rain-sensing windshield wipers and Adaptive Cruise Control | | | | | | | O |

**Regular Cab³**
Available:
XL, XLT

**SuperCab**
Available:
XL, STX, XLT, LARIAT, RAPTOR

**SuperCrew⁴**
Standard:
KING RANCH, PLATINUM, LIMITED

Available:
XL, STX, XLT, LARIAT, RAPTOR

**8' Box Size**
Available:
XL, XLT, LARIAT

**6½' Box Size**
Available:
XL, STX, XLT, LARIAT, KING RANCH, PLATINUM

**5½' Box Size**
Standard:
LIMITED, RAPTOR

Available:
XL, STX, XLT, LARIAT, KING RANCH, PLATINUM

**40/20/40 split front seat**
Standard:
XL, XLT, LARIAT

**40/console/40 front bucket seats**
Standard:
STX

Available:
XL, XLT

**40/console/40 front bucket seats with floor shifter**
Standard:
KING RANCH, PLATINUM, LIMITED, RAPTOR

Available:
XLT, LARIAT



¹SYNC Connect includes complimentary 5-year subscription for remote features, excluding Wi-Fi hotspot, and starts with vehicle sale date. Subscription is subject to compatible 4G network availability. Certain restrictions, 3rd-party terms, or message and data rates may apply. Evolving technology/cellular networks may affect future functionality. Wi-Fi hotspot includes complimentary wireless data trial that begins upon AT&T activation and expires at the end of 3 months or when 3GB of data is used, whichever comes first, but cannot extend beyond the complimentary 5-year subscription period for remote features. To activate, go to www.att.com/ford. ²Restrictions may apply. See your dealer for details. ³Not available with 5.5' box. ⁴Not available with 8.0' box.



## WHEELS/TIRES

S : Standard   O : Optional   P : Package Content

| # | XL | XLT | LARIAT | KING RANCH* | PLATINUM | LIMITED | RAPTOR | |
|---|----|-----|--------|-------------|----------|---------|--------|--|
| 1 | S | | | | | | | 17" Silver Steel |
| 2 | P | | | | | | | 17" Silver Heavy-Duty Steel (Heavy-Duty Payload Package) |
| 3 | P | S | | | | | | 17" Silver-Painted Aluminum (Chrome and Sport Packages)<br>17" Silver-Painted Aluminum¹ |
| 4 | | P | P | | | | | 18" Silver Heavy-Duty Aluminum² (requires Heavy-Duty Payload Package)<br>18" Silver Heavy-Duty Aluminum (Heavy-Duty Payload Package) |
| 5 | | S | | | | | | 18" Machined Aluminum with Flash Gray-Painted Pockets² |
| 6 | | P | P | | | | | 18" 6-Spoke Machined Aluminum with Magnetic-Painted Pockets¹ (Sport Package) |
| 7 | | P | P | | | | | 18" Chrome-Like PVD (Chrome Package) |
| 8 | P | O | O | | | | | 20" Machined Aluminum with Flash Gray-Painted Pockets (STX Package)<br>20" Machined Aluminum with Flash Gray-Painted Pockets² |
| 9 | | O | O | | | | | 20" 6-Spoke Premium-Painted Aluminum²,³ (requires Sport Package) |
| 10 | | O | O | | | | | 20" Chrome-Like PVD (requires Chrome Package) |
| 11 | | P | P | | | | | 20" Premium Tarnished Dark-Painted Aluminum (Special Edition Package) |
| 12 | | | | S | | | | 18" Machined Aluminum with Flash Gray-Painted Pockets |
| 13 | | | | O | | | | 20" Machined Aluminum with Light Caribou-Painted Pockets² |
| 14 | | | | P | | | | 20" Chrome-Like PVD (Chrome Package) |
| 15 | | | | | S | | | 20" Polished Aluminum |
| 16 | | | | | | S | | 22" Polished Aluminum |
| 17 | | | | | | | S | 17" Cast-Aluminum |
| 18 | | | | | | | O | 17" Forged Aluminum Bead-Lock Capable |
| | S | S | | | | | | 245/70R17 BSW All-Season (4x2) |
| | S | S | | | | | | 265/70R17 OWL (4x4) |
| | | P | | | | | | LT245/70R17e BSW All-Terrain (Heavy-Duty Payload Package) |
| | O | O | | | | | | LT245/70R17e BSW All-Terrain¹ (requires FX4 Off-Road Package) |
| | | P | | | | | | 265/60R18 BSW All-Season (4x2) (Chrome and Sport Packages) |
| | | | S | S | | | | 265/60R18 BSW All-Season (4x2) |
| | | P | | | | | | 275/65R18 OWL (4x4) (Chrome and Sport Packages) |
| | | | S | S | | | | 275/65R18 OWL (4x4) |
| | O | P | P | | | | | LT275/65R18C OWL All-Terrain² (Heavy-Duty Payload Package) |
| | | O | O | O | | | | LT275/65R18C OWL All-Terrain² (requires FX4 Off-Road Package) |
| | P | O | O | O | S | | | 275/55R20 BSW All-Season² (4x2) |
| | P | O | O | | S | | | 275/55R20 BSW All-Terrain² (4x4) |
| | | O | O | O | | | | 275/55R20 OWL All-Terrain² (4x4) |
| | | | | | | S | | 275/45R22 BSW All-Season |
| | | | | | | | S | LT315/70R17 BSW All-Terrain |

2018 F-150 | ford.com

¹Gas engines only. ²Restrictions may apply. See your dealer for details. ³Required on Sport Package with diesel engine.



# EXTERIORS/INTERIORS

| | Two-Tone | XL | XL SPORT | STX | XLT | XLT SPORT | LARIAT | LARIAT SPORT |
|---|---|---|---|---|---|---|---|---|
| White Platinum Metallic Tri-coat[1] | ◼ | | | | | | 8 9 10 | |
| Oxford White | ◼ ◼ | 1 2 | 1 2 | 3 | 4 5 | 6 7 | 8 9 10 | 10 11 |
| Ingot Silver[2] | ◼ | 1 2 | 1 2 | 3 | 4 5 | 6 7 | 8 9 10 | 10 11 |
| White Gold[2] | | | | | 5 | | 9 10 | |
| Stone Gray[2] | | 1 2 | | | 4 5 | | 8 9 10 | |
| Magma Red[2] | ◼ | | 1 2 | | 4 5 | 6 7 | 8 9 10 | 10 11 |
| Race Red[3] | ◼ | 1 2 | 1 2 | 3 | 4 5 | 6 7 | 8 9 10 | 10 11 |
| Ruby Red Metallic Tinted Clearcoat[1] | ◼ ◼ | | | | 4 5 | 6 7 | 8 9 10 | 10 11 |
| Lightning Blue[2] | ◼ | 1 2 | 1 2 | 3 | 4 5 | 6 7 | | 10 11 |
| Blue Jeans[2] | ◼ | 1 2 | 1 2 | 3 | 4 5 | | 8 9 10 | |
| Lead Foot[4] | | | 1 2 | 3 | | 6 7 | | 10 11 |
| Guard[2,5] | ◼ ◼ | | | | 4 5 | | 8 9 10 | |
| Magnetic[2] | | 1 2 | 1 2 | 3 | 4 5 | 6 7 | 8 9 10 | 10 11 |
| Shadow Black | ◼ ◼ | 1 2 | 1 2 | 3 | 4 5 | 6 7 | 8 9 10 | 10 11 |

| | Two-Tone | KING RANCH® | PLATINUM | LIMITED | RAPTOR |
|---|---|---|---|---|---|
| White Platinum Metallic Tri-coat[1] | ◼ | 12 | 13 14 | 15 | |
| Oxford White | ◼ | 12 | | | 16 17 18 |
| Ingot Silver[2] | | | 13 14 | 15 | 16 17 18 |
| White Gold[2] | | 12 | 13 14 | | |
| Stone Gray[2,6] | | 12 | | | |
| Magma Red[2] | ◼ | | 13 14 | | |
| Race Red | | | | | 16 17 |
| Ruby Red Metallic Tinted Clearcoat[1] | | 12 | 13 14 | 15 | 16 17 |
| Lightning Blue[2] | | | | | 16 17 18 |
| Blue Jeans[2] | | 12 | | 15 | |
| Lead Foot | | | | | 16 17 18 |
| Guard[2,5] | ◼ | 12 | | | |
| Magnetic[2] | | | 13 14 | | 16 17 18 |
| Shadow Black | ◼ | 12 | 13 14 | 15 | 16 17 18 |

◼ Stone Gray Two-Tone Accent exterior standard on KING RANCH; optional on LARIAT
◼ Magnetic Two-Tone Accent exterior optional on XLT

2: Optional   7: Requires XLT Special Edition Package   8: Not available with Two-Tone Accent exterior
11: Requires LARIAT Special Edition Package   18: Requires RAPTOR Interior Accent Package

White Platinum Metallic Tri-coat[1]

Oxford White

Ingot Silver

White Gold

Stone Gray

Magma Red

Race Red

Ruby Red Metallic Tinted Clearcoat

Lightning Blue

Blue Jeans

Lead Foot

Guard

Magnetic

Shadow Black

Dark Earth Gray Cloth 1

Medium Earth Gray Vinyl 2

STX Sport Black Cloth 3

Medium Earth Gray Cloth 4

Medium Light Camel Cloth 5

XLT Sport Black Cloth 6

XLT Sport Black Cloth w/Red Stitching 7

Medium Earth Gray Leather 8

Medium Light Camel Leather 9

Black Leather 10

Black Leather w/Red Accents 11

Kingsville Leather w/Tuxedo Stripes 12

Black Leather w/Tuxedo Stripes 13

Dark Marsala Leather w/Tuxedo Stripes 14

Navy Pier Leather 15

Black Cloth 16

Black Leather w/Dark Earth Gray Accents 17

Black Leather/Cloth w/Orange Accents 18



Colors are representative only. See your dealer for actual paint/trim options. [1]Additional charge. [2]Metallic. [3]Requires Chrome Package on LARIAT. [4]Requires Special Edition Package on XLT and LARIAT. [5]Not available with diesel. [6]Requires Chrome Package on KING RANCH.



# CONVENTIONAL TOWING

Maximum Loaded Trailer Weight Ratings (lbs.)

| Engine | Axle Ratio | GCWR | Regular Cab 122.4" WB 4x2 | 4x4 | 141.1" WB 4x2 | 4x4 | SuperCab 145.0" WB 4x2 | 4x4 | 163.7" WB 4x2 | 4x4 | SuperCrew 145.0" WB 4x2 | 4x4 | 156.8" WB 4x2 | 4x4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.3L Ti-VCT V6 Gas | 3.55 | 9,500/9,600 9,700/9,800 9,900 | 5,100/– | 5,000/– | –/5,100 | –/– | –/– –/5,000 | –/– | –/– | –/– | –/– 5,000 | – | – | – |
|  | 3.73 | 12,100/12,200 12,300/12,500 12,600 | 7,700/– | –/7,500 | –/7,700 | –/7,400 | –/7,400 | – | –/– | –/7,400 | 7,400/– | – | – | 7,400 |
| 2.7L EcoBoost V6 Gas | 3.55 | 12,200/12,300 12,500/12,600 12,700/12,800 12,900 | 7,600/– | 7,600/– | –/7,600 | –/– | –/7,700 | –/– | –/7,500 | –/– | 7,700/– | –/– | 7,700/– | 7,600 |
|  | 3.73 | 13,100/13,200 13,300/14,100 14,300 | 8,500/– | –/8,400 | –/8,500 8,500[1]/– | 8,300/9,000[1] | 8,400/– | 8,100/– 9,100[1] | 8,200/9,000[1] | –/– | 8,300/– | 8,000/– 9,000[1] | 8,300/9,000[1] | – |
| 5.0L Ti-VCT V8 Gas | 3.15 | 13,000/13,900 14,200/14,300 | 8,400/– | –/– | –/9,200 | –/– | 9,200/– | –/– | –/9,200 | – | 9,100/– | – | 9,100/– | – |
|  | 3.31 | 13,000/13,200 13,900/14,100 14,200/14,300 14,400 | 8,400/– | –/8,300 | 9,200/– | –/9,100 | 9,200/– | –/9,100 | –/9,200 | 9,000 | 9,100/– | –/9,000 | 9,100/– | 9,100 |
|  | 3.55 | 13,200/13,800 14,100/14,400 14,500/14,900 15,200/15,300 | –/9,200 | 8,300/– | –/– | 9,100/– | 10,200/– | –/9,100 | –/10,200 | 9,100/– | 10,100/– | –/9,100 | 10,100/– | 9,100/– |
|  | 3.73 | 14,600/16,000 16,100/16,200 16,500/16,600 16,900 | –/– | 9,700/– | –/11,100[2] | 11,000[2]/11,200 | –/– | –/11,300 | –/11,000[3] | –/10,800[2] –/11,200 | –/10,900 | – | –/10,900[3] | –/10,700[4] 11,600 |
| 3.5L EcoBoost Gas | 3.15 | 15,500/15,800 15,900 | –/– | –/– | 10,700/– | –/– | –/10,700 | – | 10,700 | – | –/10,700 | – | 10,700 | – |
|  | 3.31 | 15,800/16,200 16,100/16,200 | –/– | –/– | –/– | 10,800/– | –/10,700 | – | 10,700 | –/10,800 | 10,700/– | – | 10,700/– | – |
|  | 3.55 | 15,500/15,800 15,900/16,000 16,100/16,200 16,600/16,700 17,000/17,100 17,800/18,100 18,400 | –/– | –/– | 10,700/– 12,100/– | –/10,800 –/12,100 | –/10,700 –/12,000 | –/10,700 | 10,700/– –/11,800 | –/10,800 –/11,900 –/11,700 | –/10,700 11,100[5]/– 12,700/– | –/10,800[5] –/12,700 | 10,700/– **13,200** | 10,700/– 13,000 |
|  | 3.73 | 17,000/17,100 | –/– | –/– | –/12,100[3] | 11,800[2]/11,900[4] | –/– | –/– | –/11,900[2] | –/11,600[3] | –/– | –/11,800[2] | 11,400[2]/11,600[4] |
| 3.0L Power Stroke Diesel | 3.31 | 15,700/15,800 15,900/16,000 16,100 | –/– | –/– | –/– | –/– | 10,100/– | 10,100/– | –/– | –/– | –/10,200 | –/10,100 | –/10,100 | 10,100 |
|  | 3.55 | 15,900/16,000 16,100/17,100 | –/– | –/– | –/– | –/– | 10,100/– | –/11,400 | –/– | –/– | –/11,000 | –/10,700 | –/11,400 | 10,100/11,000 |

Best-in-class configuration shown in bold.

WB = Wheelbase  [1]Requires 2.7L EcoBoost Payload Package. [2]Requires Heavy-Duty Payload Package and 17" wheels. [3]Requires Heavy-Duty Payload Package. [4]Requires Heavy-Duty Payload Package and 18" wheels. [5]LIMITED only.

Towing Notes: Maximum loaded trailer weights shown. Do not exceed trailer weight of 5,000 lbs. when towing with bumper only. The combined weight of the towing vehicle (including options, hitch, passengers and cargo) and the loaded trailer must not exceed the GCWR (Gross Combination Weight Rating). Trailer tongue load weight should be 10-15% of total loaded trailer weight. Make sure that the vehicle payload (reduced by option weight) will accommodate trailer tongue load weight and the weight of passengers and cargo added to the towing vehicle. The addition of trailer tongue load weight, and the weight of passengers and cargo, cannot cause vehicle weights to exceed the rear GAWR (Gross Axle Weight Rating) or GVWR (Gross Vehicle Weight Rating). These ratings can be found on the vehicle's Safety Compliance Certification Label. See the RV and Trailer Towing Guide for requirements, restrictions and 5th-wheel operation.



## PAYLOAD

Maximum Payload Weight Ratings (lbs.)

| Engine | Drive | Max. GVWR | Regular Cab 122.4" WB | 141.1" WB | SuperCab 145.0" WB | 163.7" WB | SuperCrew 145.0" WB | 156.8" WB |
|---|---|---|---|---|---|---|---|---|
| 3.3L Ti-VCT V6 Gas | 4x2 | 6,100 | 1,990 | — | — | — | — | — |
| | | 6,170 | — | 1,960 | — | — | — | — |
| | | 6,280 | — | — | 1,840 | — | — | — |
| | | 6,300 | — | — | — | — | — | 1,700 |
| | 4x4 | 6,120 | 1,730 | — | — | — | — | — |
| | | 6,390 | — | 1,920 | — | — | — | — |
| | | 6,500 | — | — | 1,770 | — | — | 1,680 |
| 2.7L EcoBoost V6 Gas | 4x2 | 6,070 | 1,860 | — | — | — | — | — |
| | | 6,220 | — | 1,920 | — | — | — | — |
| | | 6,360 | — | — | 1,840 | — | — | — |
| | | 6,400 | — | — | — | — | 1,710 | — |
| | | 6,500 | — | — | — | 1,800 | — | — |
| | | 6,650 | — | — | — | — | — | 1,820 |
| | | 6,750 | — | — | 2,120[1] | — | 1,940[1] | — |
| | | 6,800 | — | — | — | — | — | 2,060[1] |
| | | 6,900 | — | 2,470[1] | — | 2,150[1] | — | — |
| | 4x4 | 6,210 | 1,720 | — | — | — | — | — |
| | | 6,500 | — | 1,920 | 1,640 | — | — | — |
| | | 6,600 | — | — | — | — | — | 1,690 |
| | | 6,800 | — | 2,110[1] | — | — | — | — |
| | | 6,900 | — | — | — | — | — | 1,940[1] |
| | | 7,000 | — | — | 2,130[1] | — | — | — |
| 5.0L Ti-VCT V8 Gas | 4x2 | 6,200 | 1,950 | — | — | — | — | — |
| | | 6,750 | — | 2,390 | — | — | — | — |
| | | 6,800 | — | — | — | — | — | 2,140 |
| | | 6,900 | — | — | 2,320 | — | — | — |
| | | 7,000 | — | — | — | 2,290 | — | 2,260 |
| | | 7,600 | — | 3,050[2] | 2,760[2] | 2,760[2] | — | 2,660[2] |
| | | 7,850 | — | 3,270[3] | 3,070[3] | 3,070[3] | — | 2,930[3] |
| | 4x4 | 6,400 | 1,840 | — | — | — | — | — |
| | | 6,950 | — | 2,320 | — | — | — | — |
| | | 7,000 | — | — | — | 2,020 | 2,080 | — |
| | | 7,050 | — | — | 2,200 | — | — | 2,080 |
| | | 7,600 | — | 2,890[2] | — | 2,530[2] | — | 2,410[2] |
| | | 7,850 | — | 3,150[3] | — | 2,760[3] | — | 2,710[3] |
| 3.5L EcoBoost Gas | 4x2 | 6,750 | — | — | — | — | 2,050[4] | — |
| | | 6,900 | — | — | 2,260 | — | — | — |
| | | 7,000 | — | — | — | — | — | 2,270 |
| | | 7,050 | — | 2,640 | — | 2,250 | — | — |
| | | 7,600 | — | 3,000[2] | — | 2,740[2] | — | 2,630[2] |
| | | 7,850 | — | 3,230[3] | — | 2,950[3] | — | 2,870[3] |
| | 4x4 | 6,750 | — | — | — | — | 1,420[5] | — |
| | | 7,000 | — | — | 2,150 | — | 2,050 | — |
| | | 7,050 | — | 2,370 | — | 2,050 | — | 2,050 |
| | | 7,600 | — | 2,780[2] | — | 2,490[2] | — | 2,390[2] |
| | | 7,850 | — | 3,040[3] | — | 2,730[3] | — | 2,690[3] |
| 3.0L Power Stroke® Diesel | 4x2 | 7,050 | — | — | 1,940 | — | 1,900 | 1,840 |
| | 4x4 | 7,050 | — | — | 1,760 | — | 1,720 | — |
| | | 7,100 | — | — | — | — | — | 1,720 |

*Best-in-class configuration shown in bold.*

## DIMENSIONS

| Exterior | Regular Cab 4x2/4x4 | SuperCab 4x2/4x4 | SuperCrew 4x2/4x4 |
|---|---|---|---|
| **Height** | | | |
| 5½' box | — | — | 75.6"/77.2" |
| 6½' box | 75.5"/76.9" | 75.5"/77.2" | 75.7"/77.3" |
| 8' box | 75.1"/76.9" | 75.5"/77.0" | — |
| **Width** | | | |
| Excl. mirrors | 79.9" | 79.9" | 79.9" |
| Incl. standard mirrors | 96.8" | 96.8" | 96.8" |
| Incl. trailer tow mirrors | 105.9" | 105.9" | 105.9" |
| Std. mirrors folded | 83.5" | 83.5" | 83.5" |
| Trailer tow mirrors folded | 85.5" | 85.5" | 85.5" |
| **Length** | | | |
| 5½' box | — | — | 231.9" |
| 6½' box | 209.3" | 231.9" | 243.7" |
| 8' box | 227.9" | 250.5" | — |
| **Wheelbase** | | | |
| 5½' box | — | — | 145.0" |
| 6½' box | 122.4" | 145.0" | 156.8" |
| 8' box | 141.1" | 163.7" | — |
| **Ground clearance (min.)** | | | |
| 5½' box | — | — | 8.5"/9.4" |
| 6½' box | 8.8"/9.4" | 8.7"/9.4" | 8.4"/9.3" |
| 8' box | 8.6"/9.4" | 8.7"/9.4" | — |

| Cargo Box | 5½' Box | 6½' Box | 8' Box |
|---|---|---|---|
| Volume (cu. ft.) | 52.8 | 62.3 | 77.4 |
| Inside height | 21.4" | 21.4" | 21.4" |
| Length at floor | 67.1" | 78.9" | 97.6" |
| Width at wheelhouse | 50.6" | 50.6" | 50.6" |
| Maximum width at floor | 65.2" | 65.2" | 65.2" |

| Interior – Front/Rear | Regular Cab | SuperCab | SuperCrew |
|---|---|---|---|
| Head room | 40.8"/— | 40.8"/40.3" | 40.8"/40.4" |
| Leg room (max.) | 43.9"/— | 43.9"/33.5" | 43.9"/43.6" |
| Hip room | 62.5"/— | 62.5"/64.7" | 62.5"/64.7" |
| Shoulder room | 66.7"/— | 66.7"/65.8" | 66.7"/65.9" |

## MECHANICAL

**Front Suspension**
Coil-over-shock
Axle rating @ ground: 2,850 lbs.-3,750 lbs.

**Rear Suspension**
Solid axle
Axle rating @ ground: 3,300 lbs.-4,800 lbs.

**Brakes**
4-wheel vented-disc ABS
Front rotor diameter: 13.8"
Rear rotor diameter: 13.7"

## RAPTOR

| Exterior Dimensions | SuperCab | SuperCrew |
|---|---|---|
| Height | 78.5" | 78.5" |
| **Width** | | |
| Excl. mirrors | 86.3" | 86.3" |
| Incl. standard mirrors | 96.8" | 96.8" |
| Std. mirrors folded | 86.3" | 86.3" |
| Length | 220.0" | 231.9" |
| Wheelbase | 134.2" | 146.0" |
| Ground clearance (min.) | 9.9" | 9.8" |
| Approach angle | 30.2° | 30.2° |
| Departure angle | 23.1° | 23.0° |
| Ramp breakover angle | 22.9° | 21.8° |
| Front/rear track | 73.9"/73.6" | 73.9"/73.6" |
| **Payload & Towing (lbs.)** | | |
| Max. GVWR | 6,650 | 7,050 |
| Max. GCWR | 12,050 | 14,250 |
| Max. Payload | 1,000 | 1,200 |
| Max. Towing | 6,000 | 8,000 |

WB = Wheelbase  [1]Requires 2.7L EcoBoost Payload Package. [2]Requires Heavy-Duty Payload Package and 17" wheels. [3]Requires Heavy-Duty Payload Package and 18" wheels. [4]LIMITED payload rating is 1,670 lbs. [5]LIMITED only.
Payload Notes: Maximum capabilities shown are for properly equipped vehicles with required equipment and a 150-lb. driver. Weight of additional options, equipment, passengers and cargo must be deducted from this weight.
For additional information, see your Ford Dealer.







## FORD **ACCESSORIES**

XLT SuperCrew® 4x4 in Ingot Silver accessorized with a chrome exhaust tip, heavy-duty splash guards with stainless steel inserts, step bars, stowable load ramps, spray-in bedliner,[1] hard-folding tonneau cover,[2] side window deflectors by EGR,[2] fender flares, rear wheel-well liners, trailer tow mirrors and hood deflector

**accessories.ford.com**

**Exterior**
Exhaust tips
Fender flares[2]
Fog lamps[2]
Hood protectors[2] and deflectors
LED warning strobes and work task lights[2]
Racks and carriers[2]
Side window deflectors[2]
Splash guards
Sportz® tents[2]
Step bars
Trailer towing accessories
Trim kits[2] and graphic kits[2]
Wheel lock kits
Wheel-well liners
Windshield sunshade[1]

**Interior**
Ash cup/coin holders
Cargo organizers and protectors
Carpeted floor mats
Door sill plates[2]
First aid and roadside assistance kits[2]
Floor liners (A)
In-vehicle safe[2]
Interior light kit
Protective seat covers[2]
Tablet cradle[2]

**Electronics**
Audio upgrade by KICKER®
Ford Telematics™[2]
Keyless entry keypad
Rear Seat Entertainment System[2] (B)
Remote start (C) and vehicle security
Warning sensor systems[2]
Wireless charging[2]

**Bed Products**
Bed/cargo illumination
Bed cargo nets, divider, extender, liners and mats
Bed rails and installation kit[2]
Bed standard interface plate
Bed tailgate lock[2] and seal[2]
Bed tailgate viscous dampening cartridge
Bedliner plug kits
Commercial grade tool/cargo box[2]
Drop-in bedliner (D)
Pivot storage side box[2]
Premium locking cleats
Retractable bed side steps
Retractable stake pocket tie-downs[2]
Stowable load ramps
Tonneau/bed covers[2]

**New Vehicle Limited Warranty.** We want your Ford F-150 ownership experience to be the best it can be. Under this warranty, your new vehicle comes with 3-year/36,000-mile bumper-to-bumper coverage, 5-year/60,000-mile Powertrain Warranty coverage, 5-year/60,000-mile safety restraint coverage, and 5-year/unlimited-mile corrosion (perforation) coverage on aluminum body panels – all with no deductible. Please ask your Ford Dealer for a copy of this limited warranty.

**Roadside Assistance.** Covers your vehicle for 5 years or 60,000 miles, so you have the security of knowing that help may be only a phone call away should you run out of fuel, lock yourself out of the vehicle or need towing. Your Ford Dealer can provide complete details on all of these advantages.

**Ford Credit.** Get the ride you want. Whether you plan to lease or finance, you'll find the choices that are right for you at Ford Credit. Ask your Ford Dealer for details or check us out at fordcredit.com.

**Ford Protect™ Extended Service Plans.** Whether you purchase or lease your Ford vehicle, insist on genuine Ford Protect extended service plans. Ford Protect has a variety of plans to give you peace-of-mind protection whether you want vehicle component or maintenance coverage. Plus, they are fully backed by Ford and honored at all Ford dealerships in the U.S., Canada and Mexico. When you visit your dealer, insist on genuine Ford Protect extended service plans.

**Insurance Services.** Get Ford Motor Company quality in your auto insurance. Our program offers industry-leading benefits and competitive rates. Call 1-877-367-3847, or visit us at fordvip.com for a no-obligation quote. Insurance offered by American Road Services Company (in CA, American Road Insurance Agency), a licensed agency and subsidiary of Ford Motor Company.

**Ford Original Accessories.** They're warranted for whichever provides you the greatest benefit: 24 months/unlimited mileage, or the remainder of your Bumper-to-Bumper 3-year/36,000-mile New Vehicle Limited Warranty. Ford Licensed Accessories (FLA) are warranted by the accessory manufacturer's warranty. FLA are designed and developed by the accessory manufacturer and have not been designed or tested to Ford Motor Company engineering requirements. Contact your Ford Dealer for details and/or a copy of all limited warranties.

Amazon, Alexa, and all related logos are trademarks of Amazon.com, Inc. or its affiliates.  Android, Android Auto, Google, Google Maps, Google Play, Waze and logos are trademarks of Google Inc.  Apple, Apple CarPlay, Apple Music, iPhone and Siri are trademarks of Apple Inc., registered in the U.S. and other countries.  App Store is a service mark of Apple Inc.  B&O PLAY is a trademark of HARMAN International Industries, registered in the United States and other countries.  BFGoodrich is a registered trademark of Michelin North America, Inc. fourwheeler.com is a registered trademark of TEN: The Enthusiast Network, LLC. FOX Racing Shox is a trademark of Fox Factory, Inc.  "HD Radio" and the HD Radio logo are proprietary trademarks of iBiquity Digital Corporation. KICKER is a registered trademark of Stillwater Designs and Audio, Inc. King Ranch is a registered trademark of King Ranch, Inc.  PANDORA, the PANDORA logo, and the Pandora trade dress are trademarks or registered trademarks of Pandora Media, Inc. Used with permission.  Sirius, XM and all related marks and logos are trademarks of Sirius XM Radio Inc.  Torque-On-Demand is a registered and active trademark of BorgWarner.  TORSEN is a registered trademark of JTEKT Corporation.

Comparisons based on competitive models (class is Full-Size Pickups under 8,500 lbs. GVWR based on Ford segmentation), publicly available information and Ford certification data at time of release. Vehicles may be shown with optional equipment. Features may be offered only in combination with other options or subject to additional ordering requirements/limitations. Dimensions shown may vary due to optional features and/or production variability. Information is provided on an "as is" basis and could include technical, typographical or other errors. Ford makes no warranties, representations, or guarantees of any kind, express or implied, including but not limited to, accuracy, currency, or completeness, the operation of the information, materials, content, availability, and products. Ford reserves the right to change product specifications, pricing and equipment at any time without incurring obligations. Your Ford Dealer is the best source of the most up-to-date information on Ford vehicles.