# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FORD MOTOR CO. F-150 AND RANGER TRUCK FUEL ECONOMY MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. 19-md-02901<br>19-11728<br><br>Hon. Sean F. Cox |

## ORDER GRANTING REQUEST TO WITHDRAW ATTORNEY TANA LIN AS COUNSEL OF RECORD FOR PLAINTIFFS

This matter is before the Court on a stipulation to withdraw the appearance of Tana Lin as counsel of record for plaintiffs in the above-captioned matter. The Court has considered this request and finds that it should be granted.

Accordingly, it is ORDERED that the appearance of attorney Tana Lin as counsel of record for plaintiffs hereby is WITHDRAWN, and attorney Lin is discharged from any further responsibility to the Court in this matter.

It is further ORDERED that the Clerk of Court shall TERMINATE attorney Lin's appearances as counsel of record for plaintiff in this and all of the consolidated matters.

Dated: March 27, 2020                           s/Sean F. Cox
                                                Sean F. Cox
                                                U. S. District Judge