UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FORD MOTOR CO. F-150 AND RANGER TRUCK FUEL ECONOMY MARKETING AND SALES PRACTICES LITIGATION,<br><br>This Document Relates To:<br><br>*Pińon v. Ford Motor Company*, Case No. 2:19-cv-12374-SFC | Case No. 2:19-md-02901-SFC<br><br>Honorable Sean F. Cox |

## NOTICE OF VOLUNTARY DISMISSAL OF NAMED PLAINTIFF RAMIRO ANTONIO SANDOVAL PIŃON

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ramiro Antonio Sandoval Pińon ("Plaintiff Pińon") hereby voluntarily dismisses his claims in the above-captioned action in their entirety, ***without prejudice*** as to his ability to submit a claim as an absent class member in the event of a future recovery in this action. No class has been certified and no answer or motion for summary judgment has been filed by the Defendant in this case. Plaintiff Pińon is, therefore, entitled to be dismissed as a named plaintiff in this action without prejudice.

As a result, since Plaintiff Pińon is the only Named Plaintiff in his underlying complaint, *Pińon v. Ford Motor Company*, Case No. 2:19-cv-12374-SFC, that underlying complaint shall be dismissed in its entirety without prejudice.

DATED: June 5, 2020                    Respectfully Submitted,

By: */s/ E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI  48307
Telephone: (248) 841-2200
Fa: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com

*Interim Lead Counsel for Plaintiffs and the Class*

Margeaux R. Azar
**Franklin D. Azar & Associates, P.C.**
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Fax: (720) 213-5131
azarm@fdazar.com

*Counsel for Plaintiff Ramiro Antonio Sandoval Pińon*

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 5, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

>                             */s/ E. Powell Miller*
>                             E. Powell Miller