# Exhibit 3



# (https://thenewswheel.com/)

Search in site…

Added on December 21, 2018        Richard Bazzy (https://thenewswheel.com/author/shultswexford/)

# 2019 Ford Ranger Most Fuel-Efficient in its Class, Because Of Course It Is



(https://thenewswheel.com/2019-ford-ranger-most-fuel-efficient/2019-ford-ranger-1-2/)

In case the last century or so hasn't been evidence enough for you, Ford Motor Company (https://thenewswheel.com/topics/by-brand/ford/) doesn't really take half measures when it comes to its trucks. The latest evidence to this point comes from the 2019 Ford Ranger, which in addition to boasting best-in-class gasoline torque, max payload, and max towing capacity (https://thenewswheel.com/2019-ford-ranger-best-in-class-tow-payload-torque/) now lays claim to the title of most fuel-efficient gas-powered midsize pickup on the market. Because of course it does.

**Ford Doesn't Settle:** Earns its highest-ever score in the 2018 J.D. Power Initial Quality Study (http://fordlincolnwexford.shultswexford.com/ford-best-score-ever-2018-j-d-power-initial-quality-study/)

"Midsize truck customers have been asking for a pickup that's Built Ford Tough," said Todd Eckert, Ford truck group marketing manager. "And Ranger will deliver with durability, capability and fuel efficiency, while also providing in-city maneuverability and the freedom desired by many midsize pickup truck buyers to go off the grid."

The 2019 Ford Ranger 4×2 will return an EPA-estimated 21 mpg in the city, 26 mpg on the highway, and 23 mpg combined. With 4×4, efficiency only takes a modest hit and remains best-in-class at 20 mpg in the city, 24 mpg on the highway, and 22 mpg combined. The Ranger's 2.3-liter EcoBoost V6 makes 27 horsepower and a best-in-class 310 lb-ft of torque, and it is capable of towing a best-in-class maximum 7,500 pounds and hauling a best-in-class 1,860 pounds of payload.

Not enough? The Ranger is available with Terrain Management System with Trail Control, which makes it one of the most complete off-road trucks in the midsize segment, and technologies like FordPass Connect and a 4G LTE Wi-Fi hotspot. Remember what I said about not doing half measures?

Expect to see the 2019 Ford Ranger (https://thenewswheel.com/2019-ford-ranger-configurator-pricing-equipment/) at dealerships in January. You're ready. You know you're just so ready.

**More on the Ford Ranger:** New radar technology makes towing a breeze (http://fordlincolnwexford.shultsfordwexford.com/2018/09/17/all-new-ford-ranger-radar-makes-towing-simple/)

(https://thenewswheel.com/2019-ford-ranger-yakima-accessories/)



henewswheel&utm_medium=referral&utm_content=thumbnails-a:below-article:)
henewswheel&utm_medium=referral&utm_content=thumbnails-a:below-article:)