# Exhibit 7

1/22/2020    Data on Cars used for Testing Fuel Economy | Compliance and Fuel Economy Data for Vehicles and Engines | US EPA

Case 2:19-md-02901-SFC  ECF No. 78-8, PageID.3045  Filed 08/21/20  Page 2 of 6

An official website of the United States government.

Close

We've made some changes to EPA.gov. If the information you are looking for is not here, you may be able to find it on the EPA Web Archive or the January 19, 2017 Web Snapshot.



# Data on Cars used for Testing Fuel Economy

The test data used to determine fuel economy estimates is derived from vehicle testing done at EPA's National Vehicle and Fuel Emissions Laboratory in Ann Arbor, Michigan, and by vehicle manufacturers who submit their own test data to EPA.

Each year, EPA provides fuel economy data to the Department of Energy (DOE), the Department of Transportation (DOT) and the Internal Revenue Service (IRS) so that they can administer their fuel economy-related programs.

- DOE publishes fuel economy label values in the annual Fuel Economy Guide (http://www.fueleconomy.gov).
- DOT receives the manufacturers' fleet average fuel economy from EPA, and determines if manufacturers are complying with the federal corporate average fuel economy (CAFE) standards.
- EPA provides IRS with the fuel economy data for vehicles which may be subject to the Gas Guzzler tax penalty. IRS is responsible for collecting those taxes from manufacturers.

EPA requires auto manufacturers to change or update their MPG (miles per gallon) values on fuel economy labels (window stickers) if information comes to light that show that the values are too high. See revisions to fuel economy label estimates.

## FREE VIEWERS

| Model Year | File Description |
|---|---|
| 2020 | 2020 Test Car List Data (XLXS) (1 MB, December 2019) |
| 2019 | 2019 Test Car List Data (XLSX) (2 MB, July 2019) |

1/22/2020, Data on Cars used for Testing Fuel Economy | Compliance and Fuel Economy Data for Vehicles and Engines | US EPA

Case 2:19-md-02901-SFC-ECF No. 78-8, PageID.3046, Filed 08/21/20, Page 3 of 6

| Model Year | File Description |
|---|---|
| 2018 | [2018 Test Car List Data (XLSX)](#) (2 MB, October 2018) |
| 2017 | [2017 Test Car List Data (XLSX)](#) (2 MB, June 2018) |
| 2016 | [2016 Test Car List Data (CSV)](#) (1 pg, 2 MB, March 2017) |
| 2015 | [2015 Test Car List Data (CSV)](#) (1 pg, 2 MB, January 2016) |
| 2014 | [2014 Test Car List Data (CSV)](#) (1 pg, 2 MB, January 2016) |
| 2013 | [2013 Test Car List Data (CSV)](#) (1 pg, 2 MB, July 2015) |
| 2012 | [2012 Test Car List Data (CSV)](#) (1 pg, 2 MB, July 2015) |
| 2011 | [2011 Test Car List Data (CSV)](#) (1 pg, 2 MB, July 2015) |
| 2010 | [2010 Test Car List Data (CSV)](#) (1 pg, 1 MB, July 2015) |
| 2009 | [2009 Test Car List Data (CSV)](#) (1 pg, 637 K, March 2011) [2009 Test Car List Data - Late Release (CSV)](#) (1 pg, 102 K, July 2015) |
| 2008 | [2008 Test Car List Data (CSV)](#) (1 pg, 673 K, November 2008) |
| 2007 | [2007 Test Car List Data (CSV)](#) (1 pg, 637 K, October 2007) |

| Model Year | File Description |
|---|---|
| 2006 | 2006 Test Car List Data (CSV) (1 pg, 605 K, October 2005) |
| 2005 | 2005 Test Car List Data (CSV) (1 pg, 602 K, October 2006) |
| 2004 | 2004 Test Car List Data (CSV) (1 pg, 560 K, October 2003) |
| 2003 | 2003 Test Car List Data (CSV) (1 pg, 554 K, October 2003) |
| 2002 | 2002 Test Car List Data (CSV) (1 pg, 497 K, October 2004) |
| 2001 | 2001 Test Car List Data (CSV) (1 pg, 481 K, October 2004) |
| 2000 | 2000 Test Car List Data (CSV) (1 pg, 519 K, October 2004) |
| 1999 | 1999 Test Car List Data (ZIP) (1 pg, 77 K, August 2004) |
| 1998 | 1998 Test Car List Data (ZIP) (1 pg, 75 K, August 2004) |
| 1997 | 1997 Test Car List Data (ZIP) (1 pg, 40 K, September 1996) |
| 1996 | 1996 Test Car List Data (ZIP) (1 pg, 47 K, May 1996) |
| 1995 | 1995 Test Car List Data (ZIP) (1 pg, 55 K, March 1996) |

1/22/2020 Data on Cars used for Testing Fuel Economy - Compliance and Fuel Economy Data for Vehicles and Engines | US EPA

Case 2:19-md-02901-SFC-ECF No. 78-8, PageID.3048 Filed 03/21/20 Page 5 of 6

| Model Year | File Description |
|---|---|
| 1994 | 1994 Test Car List Data (ZIP) (1 pg, 53 K, March 1996) |
| 1993 | 1993 Test Car List Data (ZIP) (1 pg, 76 K, October 1992) |
| 1992 | 1992 Test Car List Data (ZIP) (1 pg, 78 K, February 1992) |
| 1991 | 1991 Test Car List Data (ZIP) (1 pg, 85 K, July 1991) |
| 1990 | 1990 Test Car List Data (ZIP) (1 pg, 81 K, August 1990) |
| 1989 | 1989 Test Car List Data (ZIP) (1 pg, 76 K, May 1990) |
| 1988 | 1988 Test Car List Data (ZIP) (1 pg, 75 K, May 1990) |
| 1987 | 1987 Test Car List Data (ZIP) (1 pg, 79 K, May 1990) |
| 1986 | 1986 Test Car List Data (ZIP) (1 pg, 78 K, December 1991) |
| 1985 | 1985 Test Car List Data (ZIP) (1 pg, 114 K, May 1990) |
| 1984 | 1984 Test Car List Data (ZIP) (1 pg, 97 K, May 1990) |

# Help

For help viewing and printing the data files, read:

- Description and instructions for fuel economy test data files

1/22/2020, Data on Cars used for Testing Fuel Economy | Compliance and Fuel Economy Data | Vehicles and Engines | US EPA

Case 2:19-md-02901-SFC ECF No. 78-8, PageID.3049 Filed 08/21/20 Page 6 of 6

# Related Topics

- Fuel economy

LAST UPDATED ON DECEMBER 12, 2019