# Exhibit 14

# EPA Says the New Ford Ranger Gets 24 MPG on the Highway, But What Does It Really Get at 70 MPH? (Video)

By **Stephen Elmer**  ·  March 19, 2019

The fuel economy of the Ford Ranger has been called into question by not only us here at TFL, but also by Ford itself. So we took a 2019 Ford Ranger and hit the highway to put the numbers to the test in the real world.

The Environmental Protection Agency (EPA) rates the four-wheel drive Ford Ranger at 24 mpg on the highway and 20 mpg in the city for a combined rating of 22 mpg.

**ALSO SEE: 2019 Ford Ranger: Detailed Guide With All the Options!**

We recently put that to the test on a road trip from Los Angeles to Denver with the Ranger, and the truck returned 19.5 mpg average. This is less than the EPA advertises, but there are some factors that likely skewed this test, most importantly the nearly constant uphill climb from the ocean on the west coast to the mile high city.

So we decided to run the truck again on our 98-mile fuel economy loop, nearly all of which is on the highway, to see how close the results would be to our former result and the EPA numbers.

And what was the result? Well the Ranger's trip computer told us that the truck managed just over 25 mpg, though our math at the fuel pump did not add up to the same number.

So what was the actual mpg number after we did our real-world math? You'll have to watch the video above to find out for yourself!

Or check out the video below to see how the Ranger behaves with a performance tune.

## Sponsored Content



**Mom Surprised Daughter By Showing Up To Her Dorm Unannounced, Then Made A Terrible...** ↗

**By Upbeat News**

Mom wanted to surprise her daughter by showing up to her dorm room unannounced and well, what a terrible mistake that was!

**Stephen Elmer**