# Exhibit 15

# Google

ford f150 fuel economy

Sign in

All · Shopping · News · Images · Videos · More · Settings · Tools

About 4,010,000 results (0.69 seconds)

### Ford® F-150 Fuel Efficiency | View MPG, Specs, and Features | ford.com
[Ad] www.ford.com/Ford_F-150/Ecoboost

Lightweight And Capable. Great **MPG**, Powerful, Smart & Safe. Visit for More Info. NHTSA 5-Star Safety Award. IIHS Top Safety Pick. Military-Grade Aluminum. Models: XL, XLT, Lariat, Raptor.

Bellevue · 5 dealers nearby

**Build & Price**
Configure Your New Ford F-150
Choose Models, Packages, & Options

**Find A Dealer**
Find Ford Dealers Near You by
Location, Hours & Services

---

2019 Ford F-150 / MPG

## Up to 20 city / 26 highway

Feedback

### Fuel Economy of 2019 Ford F150
https://www.fueleconomy.gov/feg/PowerSearch.do?...1...Ford...F150...

Estimates of **gas mileage**, greenhouse gas emissions, safety ratings, and air pollution ... 2019 **Ford F150** Pickup 2WD 3.0 L, 6 cyl, Automatic (S10), Turbo, Diesel.

### Fuel Economy of 2019 Ford F150 Pickup 2WD
https://www.fueleconomy.gov/.../PowerSearch.do?...Ford...F150%20Pickup%202WD...

2019 **Ford F150** Pickup 2WD 3.0 L, 6 cyl, Automatic (S10), Turbo, Diesel. ... 2019 **Ford F150** Pickup 2WD 2.7 L, 6 cyl, Automatic (S10), Turbo, Regular Gasoline. ... 2019 **Ford F150** Pickup 2WD 3.5 L, 6 cyl, Automatic (S10), Turbo, Regular Gasoline.

### 2019 Ford F-150 MPG & Gas Mileage Data | Edmunds
https://www.edmunds.com › Ford › Ford F-150 › 2019 Ford F-150

View detailed **gas mileage** data for the 2019 **Ford F-150**. Use our handy tool to get estimated annual fuel costs based on your driving habits.

### Ford F-150 MPG - Actual MPG from 9,781 Ford F-150 owners - Fuelly
www.fuelly.com/car/ford/f-150

The most accurate **Ford F-150 MPG** estimates based on real world results of 174.7 million miles driven in 9781 Ford F-150s.

### Ford F-150: The Most Fuel-Efficient Full-Size Truck—But Not For Long ...
https://observer.com/.../ford-f-150-the-most-fuel-efficient-full-size-truck-but-not-for-l...

Jun 26, 2018 - **Ford's F-150** is America's best-selling vehicle, and wins on **fuel economy**, but this is about as far as Ford's innovation in gas milage will go.

---

**People also ask**

How much gas does a Ford f150 use? ⌄

Which f150 gets the best gas mileage? ⌃

**9 Best Ranked MPG Trucks of 2018: Ranked**

- 2016 Ford F-150 Automatic 2.7L.
- 2016 Chevrolet Colorado Automatic 3.6L.
- 2015 Chevrolet Silverado 1500 Automatic 4.3L.
- 2015 Ford F-150 Automatic 3.5L.



- 2016 Dodge Ram 1500 Automatic 3.6L.
- 2016 Ford F-150 Automatic 3.5L.

More items... • Jul 31, 2018

### 9 Best Ranked MPG Trucks of 2018: Ranked | CarMax
https://www.carmax.com/articles/best-mpg-trucks-ranking

Search for: **Which f150 gets the best gas mileage?**

What engines are available in the 2018 Ford F 150?

What truck has the best gas mileage 2018?

Feedback

### Ford releases fuel economy figures for new F-150 diesel
https://www.greencarreports.com › News › Pickup Trucks

Apr 19, 2018 - A full-sized pickup that can get 30 **mpg** sounds impressive, and it is. **Ford** has released the **fuel economy** ratings for the new **F150** Powerstroke ...

### 2019 Ford F-150 - Car and Driver
https://www.caranddriver.com/ford/f-150

Rating: 5 - Review by Eric Stafford

Its modern aluminum-body construction helps save weight, which improves performance and **fuel economy**, and a slew of advanced engines and high-tech ...

### 8 Best Ranked MPG Trucks of 2019: Ranked | CarMax
https://www.carmax.com/articles/best-mpg-trucks-ranking

Jun 27, 2019 - 2018 **Ford F150** Lariat. 3. 2015 **Ford F-150** 2WD Automatic 2.7L. 7 Best Ranked **MPG** Trucks of 2018: 2015 **Ford F-150** | CarMax. 4. 2016 Ford ...

**People also search for**

| | |
|---|---|
| what truck has the best gas mileage 2018 | truck 2016 ford f 150 |
| best 1 ton diesel truck mpg | 2015 ford f-150 gas mileage |
| older trucks with good gas mileage | 2013 toyota tacoma gas mileage |

### 2019 Ford F150 MPG Rating | Performance Ford of Clinton
https://www.performancefordclinton.com/2019-Ford-F150-MPG-Rating.html

Visit this page for information about the **fuel economy** of the 2019 **Ford F150**, 2019 F150 **mpg** info, and more about the 2019 model from Performance Ford.

### Ford F-150 Finally Goes Diesel This Spring With 30 MPG And 11,400 ...
https://www.forbes.com/.../diesel-finally-arrives-in-ford-f-150-with-30-mpg-and-114...

Jan 8, 2018 - Ford expects the diesel F-150 to be the most **fuel efficient** version yet of ... The 2018 **Ford F-150** will be available with a new 3.0-liter V6 diesel ...

#### Searches related to ford f150 fuel economy

| | |
|---|---|
| **2018** ford f150 fuel economy | **2018** f150 **3.5 ecoboost mpg** |
| **2010** ford f150 **gas mileage** | **2015** ford f150 **mpg** |
| **2018** ford f150 fuel economy **canada** | ford **f 150 ecoboost mpg** |
| **2019** ford f150 fuel economy **canada** | f150 **ecoboost mpg** |

1  2  3  4  5  6  7  8  9  10     Next

Google  ford f150 fuel economy                                           Sign in