# Exhibit 18

Case 2:19-md-02901-SFC   ECF No. 78-19, PageID.3113   Filed 08/21/20   Page 2 of 2

