# Exhibit 19



CAR FINDER ∨    NEWS ∨    REVIEWS ∨    BEST CARS ∨    PRICES    MORE ∨    JOIN / SIGN IN

TRUCKS

# 2018 Ford F-150 touts best-in-class towing, payload, fuel economy

You can thank new engine configurations for that.

BY ANDREW KROK  |  AUGUST 10, 2017 7:46 AM PDT

2



The 2018 Ford F-150 might only be a mid-cycle refresh, but Ford held back no punches as it swung its way to the front of its class.

The <u>2018 Ford F-150</u> is not on sale just yet, but ahead of its release, Ford dropped a bit more information about the latest version of its money-printing pickup truck. The automaker let slip that, with its 3.5-liter turbocharged V6 engine, the F-150 packs a best-in-class tow rating of 13,200 pounds. With the 5.0-liter V8, its payload rating of 3,270 pounds is yet another best-in-class figure.



Enlarge Image

The F-150's new front end gives it way more of a Super Duty appearance. It's imposing in person.

Ford

Buyers have a choice of *five* different engines. The base offering is a 290-horsepower 3.3-liter V6, followed by a 325-hp 2.7-liter turbo V6. In the middle of the range is the 5.0-liter V8 with 395 horsepower. The top two engine choices are both 3.5-liter turbocharged V6s -- one putting out 375 horsepower, and the other putting out 450.

With these new engines comes better fuel economy. And once again, Ford gets to claim best-in-class, thanks to the 2.7-liter V6, which achieves 20 mpg city and 26 mpg highway in 2WD. The 3.3-liter V6 isn't very far behind it at 19 mpg city and 25 mpg highway. The thirstiest engine of the bunch is the high-output 3.5-liter turbo V6, which still isn't too bad at 15 mpg city and 18 mpg highway.

Diesel fans, you'll have to wait until next spring to pick up the 2018 F-150 with its new 3.0-liter diesel V6. Fuel economy figures for that truck won't be out for a little while still.

The 2018 F-150 isn't just about engines, though. It packs a bunch of new tech, including adaptive cruise control with stop-and-go functionality, automatic emergency braking, and a 4G LTE modem with a Wi-Fi hotspot for up to 10 devices. There's a 360-degree camera system, and even a dial on the dashboard that removes the mental gymnastics from backing up a trailer. The truck goes on sale this fall.



**2018 Ford F-150 gets new front, new butt**

11 PHOTOS

<u>Subaru buyers guide: WRX, Forester, Outback, BRZ, which is right for you?</u>: With a full range of crossover SUVs and some compelling sporty options, which Subaru is right for you? Our buying guide is here to help.

<u>Tesla buying guide: How to decide among the Model 3, Model S and Model X</u>: Looking to leave gas behind for good and buy a Tesla? Here's how to find out which model may be right for you.

**MORE FROM ROADSHOW**

- 2019 Tesla Model S Long Range review: Familiar, yet oh so much better
- 2019 BMW X5 review: The O.G. dog gets new tricks
- 2020 Kia Telluride review: Kia's new SUV has big style and bigger value

**SHARE YOUR VOICE**

 2 COMMENTS

**TAGS**

Ford   Trucks

**∨ Next Article:** 2020 Chevy Corvette Stingray: C8 means mid-engined reinvention ∨

About Roadshow  |  Sitemap  |  Privacy Policy  |  Ad Choice  |  Terms of Use  |  Mobile User Agreement  |  Licensing  |  Contact Us  |  Subscribe

© CBS Interactive Inc. All Rights Reserved.

