# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FORD MOTOR CO. F-150 AND RANGER TRUCK FUEL ECONOMY MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates To: All Actions | Case No.: 19-md-02901<br><br>Hon. Sean F. Cox |

## SECOND STIPULATED ORDER ON EXTENSION OF BRIEFING SCHEDULE

The matter comes before the Court upon the following Stipulation of the undersigned Parties, who state:

Given the breadth and complexity of legal arguments and authorities presented within Defendant's Motion to Dismiss the First Amended Consolidated Master Class Action Complaint Pursuant to Civil Procedure 12(B)(6) and 12(B)(1) (ECF 82) ("MTD"), the extended page limits for briefing, and the Parties' expectation that Plaintiffs' response will be similarly extensive in scope, the Parties stipulate and agree that good cause exists for an additional extension of the deadlines applicable to Plaintiffs' response and Defendant's reply to ensure the merits of the Parties' arguments are fully and adequately presented to the Court.

**WHEREFORE**, based upon the Parties' stipulation and for good cause shown, it is hereby **ORDERED** that the following dates shall govern:

1

| Activity | New Date |
|---|---|
| Plaintiffs' Opposition to MTD | January 8, 2021 |
| Defendant's Reply to Opposition to MTD | February 22, 2021 |

**IT IS SO ORDERED**.

Dated:  December 17, 2020                     s/Sean F. Cox
                                              Sean F. Cox
                                              U. S. District Judge

**STIPULATED AND AGREED TO BY:**

By: */s/ E. Powell Miller*                              Dated:  December 15, 2020
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com

*Plaintiffs' Interim Lead Counsel*

By: */s/ Stephanie A. Douglas (w/consent)*    Dated:  December 15, 2020
Stephanie A. Douglas (P70272)
**BUSH SEYFERTH PLLC**
100 W. Big Beaver Rd., Ste. 400
Troy, MI 48084
(248) 822-7800
douglas@bsplaw.com

*Attorneys for Defendant Ford Motor Company*