# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: FORD MOTOR CO. F-150 AND RANGER TRUCK FUEL ECONOMY MARKETING AND SALES PRACTICES LITIGATION, | Case No. 2:19-md-02901-SFC |
| | Honorable Sean F. Cox |
| This Document Relates To: All Actions | |

## INDEX OF EXHIBITS

| Exhibit No. | Description of Exhibit |
|---|---|
| Exhibit 1 | Unpublished Cases |
| Exhibit 2 | Ford's Quarterly Report |
| Exhibit 3 | The Miller Law Firm Securities Fraud Settlement |
| Exhibit 4 | In re FCA Monostable Gearshift - Order Striking Appendix |
| Exhibit 5 | *Wyeth v. Levine*, 129 S. Ct. 1187 (2009) |
| Exhibit 6 | *Counts v. Gen. Motors, LLC*, 237 F. Supp. 3d 572 (E.D. Mich. 2017) |
| Exhibit 7 | *In re Duramax Diesel Litig.*, 298 F. Supp. 3d 1037 (E.D. Mich. 2018) |