UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Marshall B. Lloyd, et al.,

               Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　　Case No. 2:19−md−02901−SFC
　　　　　　　　　　　　　　　　　　　　Hon. Sean F. Cox
Ford Motor Company,

               Defendant(s).

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

    United States Court of Appeals for the Sixth Circuit
    Potter Stewart U.S. Courthouse
    100 East Fifth Street, Fifth Floor
    Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on March 23, 2022.

                              KINIKIA D. ESSIX, CLERK OF COURT

                              By: s/ K Brown
                                  Deputy Clerk

Dated:   March 23, 2022